IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| ONSTREAM MEDIA CORPORATION,<br><br>       Plaintiff,<br><br>  v.<br><br><br>CLOUDVISIT, INC.,<br><br>       Defendant. | Case No. 7:22-cv-10622<br><br>Jury Trial Demanded |

## COMPLAINT FOR PATENT INFRINGEMENT

Plaintiff Onstream Media Corporation ("Onstream"), by and through its counsel, files this Complaint against Defendant CloudVisit, Inc. ("CloudVisit") for patent infringement of United States Patent Nos. 9,161,068; 9,467,728; 10,038,930; 10,200,648; 10,674,109; 10,694,142; 10,848,707; 10,951,855; and 11,128,833 (the "patents-in-suit") attached as Exhibits 1-9, respectively, and alleges as follows:

## NATURE OF THE ACTION

1.  This is an action for patent infringement arising under the patent laws of the United States, 35 U.S.C. §§ 1 *et seq.*

## THE PARTIES

2.      Onstream is a corporation organized under laws of the State of Florida with its principal place of business at 1451 West Cypress Creek Road, No. 204, Ft. Lauderdale, Florida, 33309.

3.      On information and belief, CloudVisit is incorporated under the laws of the State of Delaware with its principal place of business at 3182 Route 9, Suite 107A, Cold Spring, NY 10516.

## JURISDICTION AND VENUE

4.      This Court has subject matter jurisdiction over this action pursuant to 28 U.S.C. §§ 1331 and 1338(a) because this action arises under the patent laws of the United States, 35 U.S.C. §§ 1 *et seq.*

5.      This Court has personal jurisdiction over CloudVisit for the following reasons: (1) CloudVisit is present in within or has minimum contacts within the State of New York and the Southern District of New York; (2) CloudVisit has purposefully availed itself of the privileges of conducting business in the State of New York and in this district; (3) CloudVisit has sought protection and benefit from the laws of the State of New York; (4) CloudVisit regularly conducts business within the State of New York and within this district, and Plaintiff's cause of action arises directly from Defendant's business contacts and other activities in the State of New York and in this district, including deriving substantial revenue from the infringing goods and services in the State of New York and this district; and (5) CloudVisit has purposely availed itself of the privileges and benefits of the laws of the State of New York.

6.      On information and belief, CloudVisit, directly or indirectly, designs, develops, manufactures, makes, sells, offers for sale, imports, distributes, advertises, and/or otherwise promotes the accused infringing methods, products, and services in the United States, the State of New York, and this judicial district.

7.      On information and belief, CloudVisit has made, used, offered to sell and/or sold products and services, including its live streaming / broadcasting platform. (As used herein, one or more of the forgoing products and services are individually and collectively referred to as the accused CloudVisit Video Products and Services). [1]

8.      On information and belief, CloudVisit, as well as the hardware and software components comprising the CloudVisit Video Products and Services and/or that enable the CloudVisit Video Products and Services to operate, including but not limited to servers, server software, client software, front-end hardware, endpoint hardware, endpoint software, back-end hardware, encoders, transcoders, cloud-based software, and other hardware and software computer systems and components (collectively referred to herein as the "CloudVisit System"), infringes at least one claim of each of the patents-in-suit both literally and/or under the doctrine of equivalents. The CloudVisit System includes the following specifically accused products and services: (1) CloudVisit Remote

---

[1] *See* https://www.cloudvisit.com/.

Inspection[2], (2) CloudVisit Premium[3],  (3) Cloud Visit Plus[3], and (4) CloudVisit Custom[4], (5) current or legacy CloudVisit products or services, which use, or have used, one or more of the foregoing products and services as a component product or component service; (14) combinations of products and/or services comprising two or more of the foregoing  products and services; (15) and all other current or legacy products and services imported, made, used, sold, or offered for sale by CloudVisit products and services imported, made, used, sold, or offered for sale by CloudVisit that operate, or have operated in a substantially similar manner as the above-listed products and services, (collectively and individually referred to herein as the "CloudVisit Video Products and Services").

     9.     On information and belief, CloudVisit (or those acting on its behalf) makes, uses, sells and/or offers to sell the CloudVisit Video Products and Services in the United States, including but not limited to the State of New York.

     10.     On information and belief, CloudVisit, as well as the hardware and software components comprising the CloudVisit Video Products and Services that enable the CloudVisit Video Products and Services to operate, including but not limited to servers, server software, client software, and other computer systems and components (collectively referred to herein as the "CloudVisit System"),

---

[2] *See* https://www.cloudvisit.com/maintenance-software/remote-inspection-software/.

[3] https://www.cloudvisit.com/maintenance-software/inspection-software-plans-features/.

[4] https://www.cloudvisit.com/maintenance-software/mro-custom-software-solutions/.

infringes (literally and/or under the doctrine of equivalents) at least one claim of each of the patents-in-suit.

11.     On information and belief, CloudVisit is subject to the Court's jurisdiction because it regularly markets, conducts, and solicits business, or otherwise engages in other persistent courses of conduct in the State of New York, and/or derives substantial revenue from the sale and distribution of goods and services provided to individuals and businesses in the State of New York including with respect to the accused CloudVisit Video Products and Services.

12.     On information and belief, the accused CloudVisit Video Products and Services, that CloudVisit uses, makes, markets, distributes, offers to sell, and sells to consumers throughout the United States, including in the State of New York, infringe one or more of the claims of the patents-in-suit.

13.     On information and belief, CloudVisit derives substantial revenue within the state from the offer of infringing products and services, including but not limited to the CloudVisit Video Products and Services. On information and belief, CloudVisit users who reside in the State of New York regularly use the accused CloudVisit Video Products and Services while they are present in the State of New York.

14.     Venue is proper pursuant to 28 U.S.C. §§ 1391(b), (c), (d) and/or 1400(b), at least because Defendant maintains a regular and established place of business in this district, has transacted business in this district, and has directly and/or indirectly

committed acts of patent infringement in this district. For example, Defendant maintains a regular and established place of business at 3182 Route 9, Suite 107A, Cold Spring, NY 10516.

### United States Patent No. 9,161,068

15.     On October 13, 2015, the United States Patent and Trademark Office ("USPTO") duly and legally issued United States Patent No. 9,161,068 ("the '068 patent") entitled "Remotely Accessed Virtual Recording Room" to inventor Gregory Duane Ellis.

16.     The '068 patent is presumed valid under 35 U.S.C. § 282.

17.     Onstream owns all rights, title, and interest in the '068 patent.

18.     On information and belief, Onstream has not granted CloudVisit an approval, an authorization, or a license to the rights under the '068 patent.

19.     The '068 patent relates to, among other things, an audio and video stream recording, storage, and delivery system.

20.     The claimed invention(s) of the '068 patent sought to solve problems with, and improve upon, existing audio and video recording, storage, delivery systems. For example, the '068 patent states:

> Unfortunately, new systems and methods for increasing the capabilities of online business-related communications and transactions often result in increased intellectual complexity and/or increased computer system requirements. This tendency is undesirable because another main avenue for increasing the productively of online business-related communications and transactions is to increase the number of people who are participating in these online business-related transactions.

See '068 Specification at col. 1, ll. 31-39.

21.     The '068 patent then states:

Accordingly, it would be highly valuable if any new systems and methods for increasing the capabilities of online business-related communications and transactions also could be simple enough to help attract new users to the online business market and also not have extensive computer system requirements.

*See* '068 Specification at col. 1, ll. 39-44.

22.     The '068 patent then also states:

Accordingly, there has been a long existing need for a system that improves the level of communication possible with respect to online business-related transactions. Further, there is a continuing need for an improved system and/or method that is simple, efficient, and does not have extensive computer system requirements. Accordingly, those skilled in the art have long recognized the need for a system and method that addresses these and other issues.

*See* '068 Specification at col. 1, ll. 45-52.

23.     The invention(s) claimed in the '068 patent solves various technological problems inherent in the then-existing audio and video recording, storage, and delivery systems and enables audio and video recording, storage, and delivery systems to, among other things, (1) function more efficiently, (2) lower the required level of expertise for users of such systems, (3) avoid the need to install and burden front end computer and electronic devices with additional software, (4) reduce or eliminate entirely the need for local memory storage devices and other specialized recording equipment, and (5) reduce or eliminate other hardware and software requirements inherent in prior art audio and video recording and distribution systems.

## United States Patent No. 9,467,728

24.     On October 11, 2016, the USPTO duly and legally issued United States Patent No. 9,467,728 ("the '728 patent") entitled "Remotely Accessed Virtual Recording Room" to inventor Gregory Ellis.

25.     The '728 patent is presumed valid under 35 U.S.C. § 282.

26.     Onstream owns all rights, title, and interest in the '728 patent.

27.     Onstream has not granted CloudVisit an approval, an authorization or a license to the rights under the '728 patent.

28.     The '728 patent relates to, among other things, an audio and video stream recording, storage, and delivery system.

29.     The specification of the '728 patent is the same as the '068 patent specification, and solves the problems recited above and described in the '728 patent specification.

## United States Patent No. 10,038,930

30.     On July 31, 2018 the USPTO duly and legally issued United States Patent No. 10,038,930 ("the '930 patent") entitled "Remotely Accessed Virtual Recording Room" to inventor Gregory Duane Ellis.

31.     The '930 patent is presumed valid under 35 U.S.C. § 282.

32.     Onstream owns all rights, title, and interest in the '930 patent.

33.     Onstream has not granted CloudVisit an approval, an authorization or a license to the rights under the '930 patent.

34.    The '930 patent relates to, among other things, an audio and video stream recording, storage, and delivery system.

35.    The specification of the '930 patent is the same as the '068 patent specification, and solves the problems recited above and described in the '930 patent specification.

### United States Patent No. 10,200,648

36.    On February 5, 2019, the USPTO duly and legally issued United States Patent No. 10,200,648 ("the '648 patent") entitled "Remotely Accessed Virtual Recording Room" to inventor Gregory Duane Ellis.

37.    The '648 patent is presumed valid under 35 U.S.C. § 282.

38.    Onstream owns all rights, title, and interest in the '648 patent.

39.    Onstream has not granted CloudVisit an approval, an authorization or a license to the rights under the '648 patent.

40.    The '648 patent relates to, among other things, an audio and video stream recording, storage, and delivery system.

41.    The specification of the '648 patent is the same as the '068 patent specification, and solves the problems recited above and described in the '648 patent specification.

### United States Patent No. 10,674,109

42.    On June 2, 2020, the USPTO duly and legally issued United States Patent No. 10,674,109 ("the '109 patent") entitled "Remotely Accessed Virtual Recording Room" to inventor Gregory Duane Ellis.

43.    The '109 patent is presumed valid under 35 U.S.C. § 282.

44.    Onstream owns all rights, title, and interest in the '109 patent.

45.    Onstream has not granted CloudVisit an approval, an authorization or a license to the rights under the '109 patent.

46.    The '109 patent relates to, among other things, an audio and video stream recording, storage and delivery system.

47.    The specification of the '109 patent is the same as the '068 patent specification, and addresses and solves the problems recited above and described in the '109 patent specification.

<u>United States Patent No. 10,694,142</u>

48.    On June 23, 2020, the USPTO duly and legally issued United States Patent No. 10,694,142 ("the '142 patent") entitled "Remotely Accessed Virtual Recording Room" to inventor Gregory Duane Ellis.

49.    The '142 patent is presumed valid under 35 U.S.C. § 282.

50.    Onstream owns all rights, title, and interest in the '142 patent.

51.    Onstream has not granted CloudVisit an approval, an authorization or a license to the rights under the '142 patent.

52.    The '142 patent relates to, among other things, an audio and video stream recording, storage and delivery system.

53.    The specification of the '142 patent is the same as the '068 patent specification, and addresses and solves the problems recited above and described in the '142 patent specification.

## United States Patent No. 10,848,707

54.     On November 24, 2020, the USPTO duly and legally issued United States Patent No. 10,848,707 ("the '707 patent") entitled "Remotely Accessed Virtual Recording Room" to inventor Gregory Duane Ellis.

55.     The '707 patent is presumed valid under 35 U.S.C. § 282.

56.     Onstream owns all rights, title, and interest in the '707 patent.

57.     Onstream has not granted CloudVisit an approval, an authorization or a license to the rights under the '707 patent.

58.     The '707 patent relates to, among other things, an audio and video stream recording, storage and delivery system.

59.     The specification of the '707 patent is the same as the '068 patent specification, and addresses and solves the problems recited above and described in the '707 patent specification.

## United States Patent No. 10,951,855

60.     On March 16, 2021, the USPTO duly and legally issued United States Patent No. 10,951,855 ("the '855 patent") entitled "Remotely Accessed Virtual Recording Room" to inventor Gregory Duane Ellis.

61.     The '855 patent is presumed valid under 35 U.S.C. § 282.

62.     Onstream owns all rights, title, and interest in the '855 patent.

63.     Onstream has not granted CloudVisit an approval, an authorization or a license to the rights under the '855 patent.

64.     The '855 patent relates to, among other things, an audio and video stream recording, storage and delivery system.

65.     The specification of the '855 patent is the same as the '068 patent specification, and addresses and solves the problems recited above and described in the '855 patent specification.

## United States Patent No. 11,128,833

66.     On September 21, 2021, the USPTO duly and legally issued United States Patent No. 11,128,833 ("the '833 patent") entitled "Remotely Accessed Virtual Recording Room" to inventor Gregory Duane Ellis.

67.     The '833 patent is presumed valid under 35 U.S.C. § 282.

68.     Onstream owns all rights, title, and interest in the '833 patent.

69.     Onstream has not granted CloudVisit an approval, an authorization or a license to the rights under the '833 patent.

70.     The '833 patent relates to, among other things, an audio and video stream recording, storage and delivery system.

71.     The specification of the '833 patent is the same as the '068 patent specification, and addresses and solves the problems recited above and described in the '833 patent specification.

## CLAIMS FOR RELIEF

## Count I – Infringement of United States Patent No. 9,161,068

72.     Onstream repeats, realleges, and incorporates by reference, as if fully set forth here, the allegations of the preceding paragraphs above.

12

73.    On information and belief, CloudVisit (or those acting on its behalf)

makes, uses, sells, imports and/or offers to sell the CloudVisit Video Products and

Services; and makes, uses, sells, sells access to, imports, offers to sell and/or offers to

sell access to the CloudVisit System in the United States that infringe (literally and/or

under the doctrine of equivalents) at least claims 1, 18, 35, and 48 of the '068 patent.

74.    On information and belief, one or more components of the CloudVisit

System employs and provides a method that records audio and video material over an

Internet browser connection established between a user front end and a host back end.



*See e.g.,* https://www.cloudvisit.com/about-remote-maintenance/how-mro-software-

works/.



## Review and verify completed work

High-demand experts and engineers review a shared live video feed and capture every detail of the project rendered by technicians with GPS-tracked images, uploaded files and photos, screen captures and annotations, audio and video recordings with timecodes.

*See e.g.,* https://www.cloudvisit.com/about-remote-maintenance/how-mro-software-works/.

 **Inspection video recording: video feeds**



The inspector selects the desired video feed to record in the active video window.

Remote inspection sessions are recorded in real time to a secure cloud-based media server and automatically stored for as long as required by your business.

14

*See e.g.,* https://www.cloudvisit.com/about-remote-maintenance/how-mro-software-works/.



*See e.g.,* https://www.cloudvisit.com/about-remote-maintenance/how-mro-software-works/.

CloudVisit's platform transforms how organizations communicate and work, creating opportunities that were not possible before. This video communication and collaboration platform connects people through flawless high-definition video, voice, chat and digital content sharing, and enables real-time face-to-face video experiences across a range of diverse devices and remote locations.

*See e.g.,* https://www.cloudvisit.com/about-remote-maintenance/maintenance-mro-software/.

**Maximize efficiency and quality control in safety inspections**

**CloudVisit Remote Inspection** software enhances the process of several types of commercial or consumer inspections with efficient project management tools. The software combines real time video communication technology with industry-specific functionalities:

- Robust appointment creation features
- Paperless digital checklists
- Screen capture and image annotation
- Video recording and timestamps
- Cloud-based visual data collection and storage
- Inspection report generation
- And more

*See e.g.,* https://www.cloudvisit.com/about-remote-maintenance/maintenance-mro-software/.



*See e.g.,* https://www.cloudvisit.com/about-remote-maintenance/mro-software-system-overview/.



*See e.g.,* https://www.cloudvisit.com/wp-content/uploads/2021/04/CloudVisit-overview-LS-2021.pdf.



*See e.g.,* https://www.cloudvisit.com/about-remote-maintenance/mro-software-system-overview/.



*See e.g.,* https://www.cloudvisit.com/about-remote-maintenance/how-mro-software-works/.

### Server-level security in place:

- CloudVisit's system and user files are hosted and connected to an enterprise network, which produces the best quality of service.
- CloudVisit is routinely penetration tested for security vulnerabilities, using the latest versions of leading security testing software.
- CloudVisit's software features a secure architecture complete with a relational database service (RDS). The RDS stores data independently from system files to prevent a data breach.
- All communication through CloudVisit's software is encrypted using a secure socket layer (SSL) and secure high algorithms, specifically secure hash algorithm (SHA-256), ensuring optimal data protection both in transit and at rest.

*See e.g.,* https://www.cloudvisit.com/about-remote-maintenance/inspection-software-security-features/.

> **CloudVisit Custom** offers website creation, and CloudVisit Application Program Interface (API) integration. You will work closely with our passionate and talented team to determine the appropriate protocol, interface and hosting option which meet your needs and budget.
>
> When you purchase a CloudVisit Custom project, a custom URL is created, along with customized mobile apps and branded portal login. Our graphic and web design experts can also customize a website specific to your company's unique branding and facility needs to bring all the detailed planning to fruition.

*See e.g.,* https://www.cloudvisit.com/maintenance-software/mro-custom-software-solutions/.

75.     On information and belief, when a user wants to begin streaming using the CloudVisit Video Products and Services, servers of the CloudVisit System deliver a code, which can be executed by a browser.



*See e.g.,* https://www.cloudvisit.com/about-remote-maintenance/how-mro-software-works/.

**Maximize efficiency and quality control in safety inspections**

**CloudVisit Remote Inspection** software enhances the process of several types of commercial or consumer inspections with efficient project management tools. The software combines real time video communication technology with industry-specific functionalities:

- Robust appointment creation features
- Paperless digital checklists
- Screen capture and image annotation
- Video recording and timestamps
- Cloud-based visual data collection and storage
- Inspection report generation
- And more

*See e.g.,* https://www.cloudvisit.com/about-remote-maintenance/maintenance-mro-software/.

CloudVisit is backed by 17+ years of success in software programming, video conferencing, telemedicine, and telecommunications. The company has a proven record of excellence, efficiency, security, and quality customer service.

CloudVisit has grown in size and reach – and now its remote inspection and collaboration software is changing inspection, maintenance, data management, and operations processes around the world.

*See e.g.,* https://www.cloudvisit.com/about-remote-maintenance/about-cloudvisit-company-overview/.



*See e.g.,* https://www.cloudvisit.com/about-remote-maintenance/mro-software-system-overview/.



*See e.g.,* https://www.cloudvisit.com/about-remote-maintenance/how-mro-software-works/.

**CloudVisit application uses video conference technology as one part of an overall remote inspection solution, including:**

**Enhanced recording and playback**

By grabbing time codes during a session's recording or playback, users can jump to specific locations in the playback view by clicking on the timecode link.

*See e.g.,* https://www.cloudvisit.com/wp-content/uploads/2021/04/CloudVisit-overview-LS-2021.pdf.

76.     On information and belief, one or more components of the CloudVisit System delivers a code that enables the streaming of audio and video material.



**Connect remote experts with onsite technicians**

**CloudVisit Remote Inspection** software allows onsite technicians to connect to remote engineers, inspectors or subject matter experts through a real-time peer-to-peer video collaboration experience.

*See e.g.,* https://www.cloudvisit.com/about-remote-maintenance/how-mro-software-works/.

**Maximize efficiency and quality control in safety inspections**

**CloudVisit Remote Inspection** software enhances the process of several types of commercial or consumer inspections with efficient project management tools. The software combines real time video communication technology with industry-specific functionalities:

- Robust appointment creation features
- Paperless digital checklists
- Screen capture and image annotation
- Video recording and timestamps
- Cloud-based visual data collection and storage
- Inspection report generation
- And more

*See e.g.,* https://www.cloudvisit.com/about-remote-maintenance/maintenance-mro-software/.

CloudVisit is backed by 17+ years of success in software programming, video conferencing, telemedicine, and telecommunications. The company has a proven record of excellence, efficiency, security, and quality customer service.

CloudVisit has grown in size and reach – and now its remote inspection and collaboration software is changing inspection, maintenance, data management, and operations processes around the world.

*See e.g.,* https://www.cloudvisit.com/about-remote-maintenance/about-cloudvisit-company-overview/.



*See e.g.,* https://www.cloudvisit.com/about-remote-maintenance/mro-software-system-overview/.




*See e.g.,* https://www.cloudvisit.com/about-remote-maintenance/how-mro-software-works/.

**CloudVisit application uses video conference technology as one part of an overall remote inspection solution, including:**

**Enhanced recording and playback**     By grabbing time codes during a session's recording or playback, users can jump to specific locations in the playback view by clicking on the timecode link.

*See e.g.,* https://www.cloudvisit.com/wp-content/uploads/2021/04/CloudVisit-overview-LS-2021.pdf.

    *77.*    On information and belief, one or more components of the CloudVisit System delivers a browser-executable-code that is a browser independent recording application that initiates the audio and video stream to be recorded.

## 2 Join and conduct a remote inspection

During a live remote video inspection, the remote engineer or inspector uses a computer with internet access, while an on-site crew member or technician uses a mobile app on an iOS or Android device with a broadband or WiFi connection.

 

**Inspector (host):**
- Creates and starts session
- Loads checklist
- Grabs timecodes and status values
- Captures recordings and screenshots

**Participant (crew, technician, or guest):**
- Launches mobile app
- Joins session
- Demonstrates completed work scope
- Interacts with host through audio and video

*See e.g.,* https://www.cloudvisit.com/about-remote-maintenance/how-mro-software-works/.

## CloudVisit software system requirements

CloudVisit Remote Inspection and MRO Software works on both mobile and desktop devices. Mobile device users require an app downloaded from the Play Store on Android devices or App Store for iOS devices. Our remote inspection software is easy to use and cost effective.

Desktop users can conduct sessions directly through their Chrome, Edge or Firefox browser. There is no need to install CloudVisit on a desktop computer, and hardware requirements are minimal for CloudVisit to run. All you need is a multi-media computer with a high-speed internet connection, a webcam, microphone, and headphones or speakers to conduct a site inspection.

*See e.g.,* https://www.cloudvisit.com/about-remote-maintenance/mro-software-system-requirements/.

CloudVisit Custom offers website creation, and CloudVisit Application Program Interface (API) integration. You will work closely with our passionate and talented team to determine the appropriate protocol, interface and hosting option which meet your needs and budget.

When you purchase a CloudVisit Custom project, a custom URL is created, along with customized mobile apps and branded portal login. Our graphic and web design experts can also customize a website specific to your company's unique branding and facility needs to bring all the detailed planning to fruition.

*See e.g.,* https://www.cloudvisit.com/maintenance-software/mro-custom-software-solutions/.

78.     On information and belief, one or more components of the CloudVisit System delivers a code that is executed though a browser at the user front end.



## Review and verify completed work

High-demand experts and engineers review a shared live video feed and capture every detail of the project rendered by technicians with GPS-tracked images, uploaded files and photos, screen captures and annotations, audio and video recordings with timecodes.

*See e.g.,* https://www.cloudvisit.com/about-remote-maintenance/how-mro-software-works/.

 **Inspection video recording: video feeds**



The inspector selects the desired video feed to record in the active video window.

Remote inspection sessions are recorded in real time to a secure cloud-based media server and automatically stored for as long as required by your business.

*See e.g.,* https://www.cloudvisit.com/about-remote-maintenance/how-mro-software-works/.



*See e.g.,* https://www.cloudvisit.com/about-remote-maintenance/how-mro-software-works/.

## CloudVisit software system requirements

CloudVisit Remote Inspection and MRO Software works on both mobile and desktop devices. Mobile device users require an app downloaded from the Play Store on Android devices or App Store for iOS devices. Our remote inspection software is easy to use and cost effective.

Desktop users can conduct sessions directly through their Chrome, Edge or Firefox browser. There is no need to install CloudVisit on a desktop computer, and hardware requirements are minimal for CloudVisit to run. All you need is a multi-media computer with a high-speed internet connection, a webcam, microphone, and headphones or speakers to conduct a site inspection.

*See e.g.,* https://www.cloudvisit.com/about-remote-maintenance/mro-software-system-requirements/.



*See e.g.,* https://www.cloudvisit.com/wp-content/uploads/2021/04/CloudVisit-overview-LS-2021.pdf.

*See e.g.,* https://www.cloudvisit.com/about-remote-maintenance/how-mro-software-works/.



*See e.g.,* https://www.cloudvisit.com/about-remote-maintenance/mro-software-system-overview/.

79.     On information and belief, one or more components of the CloudVisit System uses an Internet connection.



*See e.g.,* https://www.cloudvisit.com/about-remote-maintenance/how-mro-software-works/.

---

**CloudVisit software system requirements**

CloudVisit Remote Inspection and MRO Software works on both mobile and desktop devices. Mobile device users require an app downloaded from the Play Store on Android devices or App Store for iOS devices. Our remote inspection software is easy to use and cost effective.

Desktop users can conduct sessions directly through their Chrome, Edge or Firefox browser. There is no need to install CloudVisit on a desktop computer, and hardware requirements are minimal for CloudVisit to run. All you need is a multi-media computer with a high-speed internet connection, a webcam, microphone, and headphones or speakers to conduct a site inspection.

---

*See e.g.,* https://www.cloudvisit.com/about-remote-maintenance/mro-software-system-requirements/.

---

CloudVisit Custom offers website creation, and CloudVisit Application Program Interface (API) integration. You will work closely with our passionate and talented team to determine the appropriate protocol, interface and hosting option which meet your needs and budget.

When you purchase a CloudVisit Custom project, a custom URL is created, along with customized mobile apps and branded portal login. Our graphic and web design experts can also customize a website specific to your company's unique branding and facility needs to bring all the detailed planning to fruition.

---

*See e.g.,* https://www.cloudvisit.com/maintenance-software/mro-custom-software-solutions/.

80.     On information and belief, one or more components of the CloudVisit System uses and provides a method that does not require transmission of a complete audio and video file from the user front end. Rather, on information and belief, a stream of audio and video material is transmitted to the servers of the CloudVisit System as the audio and video material is being captured.

**CloudVisit's background in HIPAA-compliance and telemedicine provides a complete and secure enterprise solution.**



CloudVisit's system and user files are hosted and connected to an enterprise network, which produces the best quality of service.

CloudVisit is routinely penetration tested for security vulnerabilities, using the latest versions of leading security testing software.

CloudVisit's software features a secure architecture complete with an isolated data base service, storing data independently from system files to prevent a data breach.

All communication through CloudVisit's software is encrypted using a secure socket layer (SSL) and secure high algorithms, specifically secure hash algorithm (SHA-256), ensuring optimal data protection both in transit and at rest.

*See e.g.,* https://www.cloudvisit.com/wp-content/uploads/2021/04/CloudVisit-overview-LS-2021.pdf.

| SCHEDULING | CloudVisit |
|---|:---:|
| Calendar integration | ✓ |
| Share hyperlink to video recording | ✓ |
| Sort calendar by customer | ✓ |
| Sort calendar by supplier | ✓ |
| Dedicated calendar view | ✓ |
| Detailed session list and status views | ✓ |
| Include scope of work In session details | ✓ |

*See e.g.,* https://www.cloudvisit.com/about-remote-maintenance/mro-software-system-overview/.



*See e.g.,* https://www.cloudvisit.com/about-remote-maintenance/how-mro-software-works/.

**Server-level security in place:**

- CloudVisit's system and user files are hosted and connected to an enterprise network, which produces the best quality of service.
- CloudVisit is routinely penetration tested for security vulnerabilities, using the latest versions of leading security testing software.
- CloudVisit's software features a secure architecture complete with a relational database service (RDS). The RDS stores data independently from system files to prevent a data breach.
- All communication through CloudVisit's software is encrypted using a secure socket layer (SSL) and secure high algorithms, specifically secure hash algorithm (SHA-256), ensuring optimal data protection both in transit and at rest.

*See e.g.,* https://www.cloudvisit.com/about-remote-maintenance/inspection-software-security-features/.

**CloudVisit Custom** offers website creation, and CloudVisit Application Program Interface (API) integration. You will work closely with our passionate and talented team to determine the appropriate protocol, interface and hosting option which meet your needs and budget.

When you purchase a CloudVisit Custom project, a custom URL is created, along with customized mobile apps and branded portal login. Our graphic and web design experts can also customize a website specific to your company's unique branding and facility needs to bring all the detailed planning to fruition.

*See e.g.,* https://www.cloudvisit.com/maintenance-software/mro-custom-software-solutions/.



*See e.g.,* https://www.cloudvisit.com/about-remote-maintenance/how-mro-software-works/.

**Maximize efficiency and quality control in safety inspections**

**CloudVisit Remote Inspection** software enhances the process of several types of commercial or consumer inspections with efficient project management tools. The software combines real time video communication technology with industry-specific functionalities:

- Robust appointment creation features
- Paperless digital checklists
- Screen capture and image annotation
- Video recording and timestamps
- Cloud-based visual data collection and storage
- Inspection report generation
- And more

*See e.g.,* https://www.cloudvisit.com/about-remote-maintenance/maintenance-mro-software/.

CloudVisit is backed by 17+ years of success in software programming, video conferencing, telemedicine, and telecommunications. The company has a proven record of excellence, efficiency, security, and quality customer service.

CloudVisit has grown in size and reach – and now its remote inspection and collaboration software is changing inspection, maintenance, data management, and operations processes around the world.

*See e.g.,* https://www.cloudvisit.com/about-remote-maintenance/about-cloudvisit-company-overview/.



*See e.g.,* https://www.cloudvisit.com/about-remote-maintenance/mro-software-system-overview/.

81.     On information and belief, one or more components of the CloudVisit System uses and provides a method wherein the audio and video recordings are made and stored on the host back end as a complete file.



*See e.g.,* https://www.cloudvisit.com/about-remote-maintenance/how-mro-software-works/.



## Review and verify completed work

High-demand experts and engineers review a shared live video feed and capture every detail of the project rendered by technicians with GPS-tracked images, uploaded files and photos, screen captures and annotations, audio and video recordings with timecodes.

*See e.g.,* https://www.cloudvisit.com/about-remote-maintenance/how-mro-software-works/.

 **Inspection video recording: video feeds**



The inspector selects the desired video feed to record in the active video window.

Remote inspection sessions are recorded in real time to a secure cloud-based media server and automatically stored for as long as required by your business.

*See e.g.,* https://www.cloudvisit.com/about-remote-maintenance/how-mro-software-works/.



*See e.g.,* https://www.cloudvisit.com/about-remote-maintenance/how-mro-software-works/.

CloudVisit's platform transforms how organizations communicate and work, creating opportunities that were not possible before. This video communication and collaboration platform connects people through flawless high-definition video, voice, chat and digital content sharing, and enables real-time face-to-face video experiences across a range of diverse devices and remote locations.

*See e.g.,* https://www.cloudvisit.com/about-remote-maintenance/maintenance-mro-software/.

## Maximize efficiency and quality control in safety inspections

**CloudVisit Remote Inspection** software enhances the process of several types of commercial or consumer inspections with efficient project management tools. The software combines real time video communication technology with industry-specific functionalities:

- Robust appointment creation features
- Paperless digital checklists
- Screen capture and image annotation
- Video recording and timestamps
- Cloud-based visual data collection and storage
- Inspection report generation
- And more

*See e.g.,* https://www.cloudvisit.com/about-remote-maintenance/maintenance-mro-software/.



*See e.g.,* https://www.cloudvisit.com/about-remote-maintenance/mro-software-system-overview/.



*See e.g.,* https://www.cloudvisit.com/about-remote-maintenance/inspection-software-security-features/.



*See e.g.,* https://www.cloudvisit.com/about-remote-maintenance/mro-software-system-overview/.



*See e.g.,* https://www.cloudvisit.com/about-remote-maintenance/mro-software-system-overview/.

CloudVisit Custom offers website creation, and CloudVisit Application Program Interface (API) integration. You will work closely with our passionate and talented team to determine the appropriate protocol, interface and hosting option which meet your needs and budget.

When you purchase a CloudVisit Custom project, a custom URL is created, along with customized mobile apps and branded portal login. Our graphic and web design experts can also customize a website specific to your company's unique branding and facility needs to bring all the detailed planning to fruition.

*See e.g.,* https://www.cloudvisit.com/maintenance-software/mro-custom-software-solutions/.

82.    On information and belief, one or more components of the CloudVisit System uses and provides a method wherein after the recording of audio and video

material is complete, CloudVisit provides access to the entire audio and video

recording.



*See e.g.,* https://www.cloudvisit.com/wp-content/uploads/2021/04/CloudVisit-

overview-LS-2021.pdf.

*See e.g.,* https://www.cloudvisit.com/about-remote-maintenance/how-mro-software-

works/.



*See e.g.,* https://www.cloudvisit.com/about-remote-maintenance/mro-software-system-overview/.

83.     On information and belief, one or more components of the CloudVisit System uses and provides a method wherein audio and video material is captured without using any recording software installed on the user front end.



## Join and conduct a remote inspection

During a live remote video inspection, the remote engineer or inspector uses a computer with internet access, while an on-site crew member or technician uses a mobile app on an iOS or Android device with a broadband or WiFi connection.





**Inspector (host):**

- Creates and starts session
- Loads checklist
- Grabs timecodes and status values
- Captures recordings and screenshots

**Participant (crew, technician, or guest):**

- Launches mobile app
- Joins session
- Demonstrates completed work scope
- Interacts with host through audio and video

*See e.g.,* https://www.cloudvisit.com/about-remote-maintenance/how-mro-software-works/.

**CloudVisit Custom** offers website creation, and CloudVisit Application Program Interface (API) integration. You will work closely with our passionate and talented team to determine the appropriate protocol, interface and hosting option which meet your needs and budget.

When you purchase a CloudVisit Custom project, a custom URL is created, along with customized mobile apps and branded portal login. Our graphic and web design experts can also customize a website specific to your company's unique branding and facility needs to bring all the detailed planning to fruition.

*See e.g.,* https://www.cloudvisit.com/maintenance-software/mro-custom-software-solutions/.

84.    On information and belief, one or more components of the CloudVisit System employs and provides a method wherein audio and video material is streamed over the Internet as the audio and video material is captured by a recording device.



*See e.g.,* https://www.cloudvisit.com/wp-content/uploads/2021/04/CloudVisit-

overview-LS-2021.pdf.

## CloudVisit software system requirements

CloudVisit Remote Inspection and MRO Software works on both mobile and desktop devices. Mobile device users require an app downloaded from the Play Store on Android devices or App Store for iOS devices. Our remote inspection software is easy to use and cost effective.

Desktop users can conduct sessions directly through their Chrome, Edge or Firefox browser. There is no need to install CloudVisit on a desktop computer, and hardware requirements are minimal for CloudVisit to run. All you need is a multi-media computer with a high-speed internet connection, a webcam, microphone, and headphones or speakers to conduct a site inspection.

*See e.g.,* https://www.cloudvisit.com/about-remote-maintenance/mro-software-

system-requirements/.



*See e.g.,* https://www.cloudvisit.com/about-remote-maintenance/how-mro-software-works/.



*See e.g.,* https://www.cloudvisit.com/about-remote-maintenance/mro-software-system-overview/.

> ## CloudVisit software system requirements
>
> **CloudVisit Remote Inspection** and **MRO Software** works on both mobile and desktop devices. Mobile device users require an app downloaded from the Play Store on Android devices or App Store for iOS devices. Our remote inspection software is easy to use and cost effective.
>
> Desktop users can conduct sessions directly through their Chrome, Edge or Firefox browser. There is no need to install CloudVisit on a desktop computer, and hardware requirements are minimal for CloudVisit to run. All you need is a multi-media computer with a high-speed internet connection, a webcam, microphone, and headphones or speakers to conduct a site inspection.

*See e.g.,* https://www.cloudvisit.com/about-remote-maintenance/mro-software-system-requirements/.

85.     On information and belief, CloudVisit directly infringes at least claims 1, 18, 35, and 48 of the '068 patent, and is in violation of 35 U.S.C. § 271(a) by making, using, selling, importing, and/or offering to sell the CloudVisit Video Products and services; and making, using, selling, selling access to, importing, offering for sale, and/or offering to sell access to the CloudVisit System.

86.     CloudVisit's direct infringement has damaged Onstream and caused it to suffer and continue to suffer irreparable harm and damages.

### Count II – Infringement of United States Patent No. 9,467,728

87.     Onstream repeats, realleges, and incorporates by reference, as if fully set forth here, the allegations of the preceding paragraphs above.

88.     On information and belief, CloudVisit (or those acting on its behalf) makes, uses, sells, imports and/or offers to sell the CloudVisit Video Products and Services; and makes, uses, sells, sells access to, imports, offers to sell and/or offers to

sell access to the CloudVisit System in the United States that infringe (literally and/or under the doctrine of equivalents) at least claims 1 and 21 of the '728 patent.

89.     On information and belief, one or more components of the CloudVisit System employs and provides an Internet-based recording method for recording audio and video material over an Internet connection established between a user front end and a host back end.



*See e.g.,* https://www.cloudvisit.com/wp-content/uploads/2021/04/CloudVisit-overview-LS-2021.pdf.

## CloudVisit software system requirements

CloudVisit Remote Inspection and MRO Software works on both mobile and desktop devices. Mobile device users require an app downloaded from the Play Store on Android devices or App Store for iOS devices. Our remote inspection software is easy to use and cost effective.

Desktop users can conduct sessions directly through their Chrome, Edge or Firefox browser. There is no need to install CloudVisit on a desktop computer, and hardware requirements are minimal for CloudVisit to run. All you need is a multi-media computer with a high-speed internet connection, a webcam, microphone, and headphones or speakers to conduct a site inspection.

*See e.g.,* https://www.cloudvisit.com/about-remote-maintenance/mro-software-system-requirements/.



**2b   Inspection video recording: video feeds**

The inspector selects the desired video feed to record in the active video window.

Remote inspection sessions are recorded in real time to a secure cloud-based media server and automatically stored for as long as required by your business.

*See e.g.,* https://www.cloudvisit.com/about-remote-maintenance/how-mro-software-works/.



*See e.g.,* https://www.cloudvisit.com/about-remote-maintenance/mro-software-system-overview/.

## CloudVisit software system requirements

CloudVisit Remote Inspection and MRO Software works on both mobile and desktop devices. Mobile device users require an app downloaded from the Play Store on Android devices or App Store for iOS devices. Our remote inspection software is easy to use and cost effective.

Desktop users can conduct sessions directly through their Chrome, Edge or Firefox browser. There is no need to install CloudVisit on a desktop computer, and hardware requirements are minimal for CloudVisit to run. All you need is a multi-media computer with a high-speed internet connection, a webcam, microphone, and headphones or speakers to conduct a site inspection.

*See e.g.,* https://www.cloudvisit.com/about-remote-maintenance/mro-software-system-requirements/.



*See e.g.,* https://www.cloudvisit.com/about-remote-maintenance/how-mro-software-works/.



# Review and verify completed work

High-demand experts and engineers review a shared live video feed and capture every detail of the project rendered by technicians with GPS-tracked images, uploaded files and photos, screen captures and annotations, audio and video recordings with timecodes.

*See e.g.,* https://www.cloudvisit.com/about-remote-maintenance/how-mro-software-works/.

 **Inspection video recording: video feeds**



The inspector selects the desired video feed to record in the active video window.

Remote inspection sessions are recorded in real time to a secure cloud-based media server and automatically stored for as long as required by your business.

*See e.g.,* https://www.cloudvisit.com/about-remote-maintenance/how-mro-software-works/.



*See e.g.,* https://www.cloudvisit.com/about-remote-maintenance/how-mro-software-works/.

CloudVisit's platform transforms how organizations communicate and work, creating opportunities that were not possible before. This video communication and collaboration platform connects people through flawless high-definition video, voice, chat and digital content sharing, and enables real-time face-to-face video experiences across a range of diverse devices and remote locations.

*See e.g.,* https://www.cloudvisit.com/about-remote-maintenance/maintenance-mro-software/.

**Maximize efficiency and quality control in safety inspections**

**CloudVisit Remote Inspection** software enhances the process of several types of commercial or consumer inspections with efficient project management tools. The software combines real time video communication technology with industry-specific functionalities:

- Robust appointment creation features
- Paperless digital checklists
- Screen capture and image annotation
- Video recording and timestamps
- Cloud-based visual data collection and storage
- Inspection report generation
- And more

*See e.g.,* https://www.cloudvisit.com/about-remote-maintenance/maintenance-mro-software/.

90.     On information and belief, one or more components of the CloudVisit System employs and provides an Internet-based recording method comprising transmitting, to the user front end from the host back end via a network, (*e.g.*, the Internet), a platform-independent web application, wherein the web application initiates the streaming of audio and video material from a receiving device on the user front end to the host back end as it is being captured with the receiving device.

55

 **Join and conduct a remote inspection**

During a live remote video inspection, the remote engineer or inspector uses a computer with internet access, while an on-site crew member or technician uses a mobile app on an iOS or Android device with a broadband or WiFi connection.

 

**Inspector (host):**

- Creates and starts session
- Loads checklist
- Grabs timecodes and status values
- Captures recordings and screenshots

**Participant (crew, technician, or guest):**

- Launches mobile app
- Joins session
- Demonstrates completed work scope
- Interacts with host through audio and video

*See e.g.,* https://www.cloudvisit.com/about-remote-maintenance/how-mro-software-works/.

**CloudVisit application uses video conference technology as one part of an overall remote inspection solution, including:**

**Enhanced recording and playback**

By grabbing time codes during a session's recording or playback, users can jump to specific locations in the playback view by clicking on the timecode link.

*See e.g.,* https://www.cloudvisit.com/wp-content/uploads/2021/04/CloudVisit-overview-LS-2021.pdf.

## CloudVisit software system requirements

**CloudVisit Remote Inspection** and MRO Software works on both mobile and desktop devices. Mobile device users require an app downloaded from the Play Store on Android devices or App Store for iOS devices. Our remote inspection software is easy to use and cost effective.

Desktop users can conduct sessions directly through their Chrome, Edge or Firefox browser. There is no need to install CloudVisit on a desktop computer, and hardware requirements are minimal for CloudVisit to run. All you need is a multi-media computer with a high-speed internet connection, a webcam, microphone, and headphones or speakers to conduct a site inspection.

*See e.g.,* https://www.cloudvisit.com/about-remote-maintenance/mro-software-system-requirements/.

**CloudVisit Custom** offers website creation, and CloudVisit Application Program Interface (API) integration. You will work closely with our passionate and talented team to determine the appropriate protocol, interface and hosting option which meet your needs and budget.

When you purchase a CloudVisit Custom project, a custom URL is created, along with customized mobile apps and branded portal login. Our graphic and web design experts can also customize a website specific to your company's unique branding and facility needs to bring all the detailed planning to fruition.

*See e.g.,* https://www.cloudvisit.com/maintenance-software/mro-custom-software-solutions/.

91.     On information and belief, one or more components of the CloudVisit System employs and provides an Internet-based recording method comprising recording the audio and video material on the host back end (*e.g.*, one or more servers of the CloudVisit System) via the web application and storing the recorded audio and video material as a complete video file.



*See e.g.,* https://www.cloudvisit.com/wp-content/uploads/2021/04/CloudVisit-

overview-LS-2021.pdf.

**CloudVisit software system requirements**

CloudVisit Remote Inspection and MRO Software works on both mobile and desktop devices. Mobile device users require an app downloaded from the Play Store on Android devices or App Store for iOS devices. Our remote inspection software is easy to use and cost effective.

Desktop users can conduct sessions directly through their Chrome, Edge or Firefox browser. There is no need to install CloudVisit on a desktop computer, and hardware requirements are minimal for CloudVisit to run. All you need is a multi-media computer with a high-speed internet connection, a webcam, microphone, and headphones or speakers to conduct a site inspection.

*See e.g.,* https://www.cloudvisit.com/about-remote-maintenance/mro-software-

system-requirements/.



*See e.g.,* https://www.cloudvisit.com/about-remote-maintenance/how-mro-software-works/.



*See e.g.,* https://www.cloudvisit.com/about-remote-maintenance/mro-software-system-overview/.

## CloudVisit software system requirements

CloudVisit Remote Inspection and MRO Software works on both mobile and desktop devices. Mobile device users require an app downloaded from the Play Store on Android devices or App Store for iOS devices. Our remote inspection software is easy to use and cost effective.

Desktop users can conduct sessions directly through their Chrome, Edge or Firefox browser. There is no need to install CloudVisit on a desktop computer, and hardware requirements are minimal for CloudVisit to run. All you need is a multi-media computer with a high-speed internet connection, a webcam, microphone, and headphones or speakers to conduct a site inspection.

*See e.g.,* https://www.cloudvisit.com/about-remote-maintenance/mro-software-system-requirements/.

## CloudVisit application uses video conference technology as one part of an overall remote inspection solution, including:

**Enhanced recording and playback**

By grabbing time codes during a session's recording or playback, users can jump to specific locations in the playback view by clicking on the timecode link.

*See e.g.,* https://www.cloudvisit.com/wp-content/uploads/2021/04/CloudVisit-overview-LS-2021.pdf.



**Accessing inspection data**

Session participants can login to CloudVisit to review or download inspection files and the final video recording of a completed remote inspection.




*See e.g.,* https://www.cloudvisit.com/about-remote-maintenance/how-mro-software-works/.



*See e.g.,* https://www.cloudvisit.com/about-remote-maintenance/mro-software-system-overview/.

92.     On information and belief, one or more components of the CloudVisit System employs and provides an Internet-based recording method comprising generating code associated with the recorded and stored audio and video material to facilitate accessing the recorded and stored audio and video material from an additional location, wherein the content of the generated code depends on a type of code supported by the additional location.

**CloudVisit application uses video conference technology as one part of an overall remote inspection solution, including:**

**Enhanced recording and playback** | By grabbing time codes during a session's recording or playback, users can jump to specific locations in the playback view by clicking on the timecode link.

*See e.g.,* https://www.cloudvisit.com/wp-content/uploads/2021/04/CloudVisit-overview-LS-2021.pdf.



*See e.g.,* https://www.cloudvisit.com/about-remote-maintenance/how-mro-software-works/.



*See e.g.,* https://www.cloudvisit.com/about-remote-maintenance/mro-software-system-overview/.

93.     On information and belief, one or more components of the CloudVisit System employs and provides an Internet-based recording method comprising enabling the generated code to be copied and pasted to the additional location, wherein activating the generated code provides access to the recorded audio and video material from the additional location.

**CloudVisit application uses video conference technology as one part of an overall remote inspection solution, including:**

**Enhanced recording and playback**

By grabbing time codes during a session's recording or playback, users can jump to specific locations in the playback view by clicking on the timecode link.

*See e.g.,* https://www.cloudvisit.com/wp-content/uploads/2021/04/CloudVisit-overview-LS-2021.pdf.



*See e.g.,* https://www.cloudvisit.com/about-remote-maintenance/how-mro-software-works/.



*See e.g.,* https://www.cloudvisit.com/about-remote-maintenance/mro-software-system-overview/.

94.    On information and belief, CloudVisit directly infringes at least claims 1 and 21 of the '728 patent, and is in violation of 35 U.S.C. § 271(a) by making, using, selling, importing, and/or offering to sell the CloudVisit Video Products and services; and making, using, selling, selling access to, importing, offering for sale, and/or offering to sell access to the CloudVisit System.

95.    CloudVisit's direct infringement has damaged Onstream and caused it to suffer and continue to suffer irreparable harm and damages.

**<u>Count III – Infringement of United States Patent No. 10,038,930</u>**

96.     Onstream repeats, realleges, and incorporates by reference, as if fully set forth here, the allegations of the preceding paragraphs above.

97.     On information and belief, CloudVisit (or those acting on its behalf) makes, uses, sells, imports and/or offers to sell the CloudVisit Video Products and Services; and makes, uses, sells, sells access to, imports, offers to sell and/or offers to sell access to the CloudVisit System in the United States, which infringe (literally and/or under the doctrine of equivalents) at least claims 1 and 11 of the '930 patent.

98.     On information and belief, one or more components of the CloudVisit System employs and provides a method comprising transmitting, via a network, a browser-independent recording application from a backend server, (*e.g.* a server in the CloudVisit System) to a client device, the browser-independent recording application executing in a browser on the client device.

---

**Server-level security in place:**

- CloudVisit's system and user files are hosted and connected to an enterprise network, which produces the best quality of service.
- CloudVisit is routinely penetration tested for security vulnerabilities, using the latest versions of leading security testing software.
- CloudVisit's software features a secure architecture complete with a relational database service (RDS). The RDS stores data independently from system files to prevent a data breach.
- All communication through CloudVisit's software is encrypted using a secure socket layer (SSL) and secure high algorithms, specifically secure hash algorithm (SHA-256), ensuring optimal data protection both in transit and at rest.

---

*See e.g.,* https://www.cloudvisit.com/about-remote-maintenance/inspection-software-security-features/.



*See e.g.,* https://www.cloudvisit.com/about-remote-maintenance/mro-software-system-overview/.

| SCHEDULING | CloudVisit |
|---|---|
| Calendar integration | ✔ |
| Share hyperlink to video recording | ✔ |
| Sort calendar by customer | ✔ |
| Sort calendar by supplier | ✔ |
| Dedicated calendar view | ✔ |
| Detailed session list and status views | ✔ |
| Include scope of work In session details | ✔ |

*See e.g.,* https://www.cloudvisit.com/about-remote-maintenance/mro-software-system-overview/.



CloudVisit Custom offers website creation, and CloudVisit Application Program Interface (API) integration. You will work closely with our passionate and talented team to determine the appropriate protocol, interface and hosting option which meet your needs and budget.

When you purchase a CloudVisit Custom project, a custom URL is created, along with customized mobile apps and branded portal login. Our graphic and web design experts can also customize a website specific to your company's unique branding and facility needs to bring all the detailed planning to fruition.

*See e.g.,* https://www.cloudvisit.com/maintenance-software/mro-custom-software-solutions/.

## 2 Join and conduct a remote inspection

During a live remote video inspection, the remote engineer or inspector uses a computer with internet access, while an on-site crew member or technician uses a mobile app on an iOS or Android device with a broadband or WiFi connection.




Inspector (host):

- Creates and starts session
- Loads checklist
- Grabs timecodes and status values
- Captures recordings and screenshots

Participant (crew, technician, or guest):

- Launches mobile app
- Joins session
- Demonstrates completed work scope
- Interacts with host through audio and video

*See e.g.,* https://www.cloudvisit.com/about-remote-maintenance/how-mro-software-works/.

## CloudVisit software system requirements

CloudVisit Remote Inspection and MRO Software works on both mobile and desktop devices. Mobile device users require an app downloaded from the Play Store on Android devices or App Store for iOS devices. Our remote inspection software is easy to use and cost effective.

Desktop users can conduct sessions directly through their Chrome, Edge or Firefox browser. There is no need to install CloudVisit on a desktop computer, and hardware requirements are minimal for CloudVisit to run. All you need is a multi-media computer with a high-speed internet connection, a webcam, microphone, and headphones or speakers to conduct a site inspection.

*See e.g.,* https://www.cloudvisit.com/about-remote-maintenance/mro-software-system-requirements/.

CloudVisit Custom offers website creation, and CloudVisit Application Program Interface (API) integration. You will work closely with our passionate and talented team to determine the appropriate protocol, interface and hosting option which meet your needs and budget.

When you purchase a CloudVisit Custom project, a custom URL is created, along with customized mobile apps and branded portal login. Our graphic and web design experts can also customize a website specific to your company's unique branding and facility needs to bring all the detailed planning to fruition.

*See e.g.,* https://www.cloudvisit.com/maintenance-software/mro-custom-software-solutions/.

99.     On information and belief, one or more components of the CloudVisit System employs and provides a method comprising receiving, at the backend server, a media stream from a media input at the client device via the network, wherein the media stream is captured via the browser-independent recording application executing in the browser without using recording management software installed on the client device.



*See e.g.,* https://www.cloudvisit.com/about-remote-maintenance/how-mro-software-works/.

---

## Maximize efficiency and quality control in safety inspections

**CloudVisit Remote Inspection** software enhances the process of several types of commercial or consumer inspections with efficient project management tools. The software combines real time video communication technology with industry-specific functionalities:

- Robust appointment creation features
- Paperless digital checklists
- Screen capture and image annotation
- Video recording and timestamps
- Cloud-based visual data collection and storage
- Inspection report generation
- And more

---

*See e.g.,* https://www.cloudvisit.com/about-remote-maintenance/maintenance-mro-software/.

CloudVisit is backed by 17+ years of success in software programming, video conferencing, telemedicine, and telecommunications. The company has a proven record of excellence, efficiency, security, and quality customer service.

CloudVisit has grown in size and reach − and now its remote inspection and collaboration software is changing inspection, maintenance, data management, and operations processes around the world.

*See e.g.,* https://www.cloudvisit.com/about-remote-maintenance/about-cloudvisit-company-overview/.

| VIDEO SESSIONS | CloudVisit |
|---|---|
| Audio / video conferencing | ✓ |
| Mute / unmute participants | ✓ |
| Chat function | ✓ |
| Host control of video / audio streams | ✓ |
| Participant list | ✓ |
| Screen sharing | ✓ |
| Session Invite by email | ✓ |
| File transfer during session | ✓ |
| Multiple screen support | ✓ |
| 1080p video and video share | ✓ |
| Custom integration available | ✓ |

*See e.g.,* https://www.cloudvisit.com/about-remote-maintenance/mro-software-system-overview/.

 **Join and conduct a remote inspection**

During a live remote video inspection, the remote engineer or inspector uses a computer with internet access, while an on-site crew member or technician uses a mobile app on an iOS or Android device with a broadband or WiFi connection.





**Inspector (host):**

- Creates and starts session
- Loads checklist
- Grabs timecodes and status values
- Captures recordings and screenshots

**Participant (crew, technician, or guest):**

- Launches mobile app
- Joins session
- Demonstrates completed work scope
- Interacts with host through audio and video

*See e.g.,* https://www.cloudvisit.com/about-remote-maintenance/how-mro-software-works/.

## CloudVisit software system requirements

CloudVisit Remote Inspection and MRO Software works on both mobile and desktop devices. Mobile device users require an app downloaded from the Play Store on Android devices or App Store for iOS devices. Our remote inspection software is easy to use and cost effective.

Desktop users can conduct sessions directly through their Chrome, Edge or Firefox browser. There is no need to install CloudVisit on a desktop computer, and hardware requirements are minimal for CloudVisit to run. All you need is a multi-media computer with a high-speed internet connection, a webcam, microphone, and headphones or speakers to conduct a site inspection.

*See e.g.,* https://www.cloudvisit.com/about-remote-maintenance/mro-software-system-requirements/.

**CloudVisit Custom** offers website creation, and CloudVisit Application Program Interface (API) integration. You will work closely with our passionate and talented team to determine the appropriate protocol, interface and hosting option which meet your needs and budget.

When you purchase a CloudVisit Custom project, a custom URL is created, along with customized mobile apps and branded portal login. Our graphic and web design experts can also customize a website specific to your company's unique branding and facility needs to bring all the detailed planning to fruition.

*See e.g.,* https://www.cloudvisit.com/maintenance-software/mro-custom-software-solutions/.

     100.    On information and belief, one or more components of the CloudVisit System employs and provides a method comprising recording the media stream on the backend server using the browser-independent recording application.



*See e.g.,* https://www.cloudvisit.com/wp-content/uploads/2021/04/CloudVisit-overview-LS-2021.pdf.

## CloudVisit software system requirements

CloudVisit Remote Inspection and MRO Software works on both mobile and desktop devices. Mobile device users require an app downloaded from the Play Store on Android devices or App Store for iOS devices. Our remote inspection software is easy to use and cost effective.

Desktop users can conduct sessions directly through their Chrome, Edge or Firefox browser. There is no need to install CloudVisit on a desktop computer, and hardware requirements are minimal for CloudVisit to run. All you need is a multi-media computer with a high-speed internet connection, a webcam, microphone, and headphones or speakers to conduct a site inspection.

*See e.g.,* https://www.cloudvisit.com/about-remote-maintenance/mro-software-system-requirements/.

 **Inspection video recording: video feeds**



The inspector selects the desired video feed to record in the active video window.

Remote inspection sessions are recorded in real time to a secure cloud-based media server and automatically stored for as long as required by your business.

*See e.g.,* https://www.cloudvisit.com/about-remote-maintenance/how-mro-software-works/.

## CloudVisit software system requirements

CloudVisit Remote Inspection and MRO Software works on both mobile and desktop devices. Mobile device users require an app downloaded from the Play Store on Android devices or App Store for iOS devices. Our remote inspection software is easy to use and cost effective.

Desktop users can conduct sessions directly through their Chrome, Edge or Firefox browser. There is no need to install CloudVisit on a desktop computer, and hardware requirements are minimal for CloudVisit to run. All you need is a multi-media computer with a high-speed internet connection, a webcam, microphone, and headphones or speakers to conduct a site inspection.

*See e.g.,* https://www.cloudvisit.com/about-remote-maintenance/mro-software-system-requirements/.



*See e.g.,* https://www.cloudvisit.com/about-remote-maintenance/how-mro-software-works/.



# Review and verify completed work

High-demand experts and engineers review a shared live video feed and capture every detail of the project rendered by technicians with GPS-tracked images, uploaded files and photos, screen captures and annotations, audio and video recordings with timecodes.

*See e.g.,* https://www.cloudvisit.com/about-remote-maintenance/how-mro-software-works/.



**2b**   **Inspection video recording: video feeds**

The inspector selects the desired video feed to record in the active video window.

Remote inspection sessions are recorded in real time to a secure cloud-based media server and automatically stored for as long as required by your business.

*See e.g.,* https://www.cloudvisit.com/about-remote-maintenance/how-mro-software-works/.



*See e.g.,* https://www.cloudvisit.com/about-remote-maintenance/how-mro-software-works/.

CloudVisit's platform transforms how organizations communicate and work, creating opportunities that were not possible before. This video communication and collaboration platform connects people through flawless high-definition video, voice, chat and digital content sharing, and enables real-time face-to-face video experiences across a range of diverse devices and remote locations.

*See e.g.,* https://www.cloudvisit.com/about-remote-maintenance/maintenance-mro-software/.

## Maximize efficiency and quality control in safety inspections

**CloudVisit Remote Inspection** software enhances the process of several types of commercial or consumer inspections with efficient project management tools. The software combines real time video communication technology with industry-specific functionalities:

- Robust appointment creation features
- Paperless digital checklists
- Screen capture and image annotation
- Video recording and timestamps
- Cloud-based visual data collection and storage
- Inspection report generation
- And more

*See e.g.,* https://www.cloudvisit.com/about-remote-maintenance/maintenance-mro-software/.



*See e.g.,* https://www.cloudvisit.com/about-remote-maintenance/mro-software-system-overview/.

101.    On information and belief, CloudVisit directly infringes at least claims 1 and 11 of the '930 patent, and is in violation of 35 U.S.C. § 271(a) by making, using, selling, importing, and/or offering to sell the CloudVisit Video Products and services; and making, using, selling, selling access to, importing, offering for sale, and/or offering to selling access to the CloudVisit System.

102.    CloudVisit's direct infringement has damaged Onstream and caused it to suffer and continue to suffer irreparable harm and damages.

**Count IV – Infringement of United States Patent No. 10,200,648**

103.    Onstream repeats, realleges, and incorporates by reference, as if fully set forth here, the allegations of the preceding paragraphs above.

104.    On information and belief, CloudVisit (or those acting on its behalf) makes, uses, sells, imports and/or offers to sell the CloudVisit Video Products and Services; and makes, uses, sells, sells access to, imports, offers to sell and/or offers to sell access to the CloudVisit System in the United States that infringe (literally and/or under the doctrine of equivalents) at least claims 1 and 18 of the '648 patent.

105.    On information and belief, one or more components of the CloudVisit System employs and provides an Internet-based recording method that performs all audio and video recording functions over an Internet browser connection established between a user front end and a host back end comprising recording audio and video material over the Internet browser connection, wherein audio and video material

originates on the user front end and is recorded on the host back end without requiring recording functionality on the user front end.





**2 Join and conduct a remote inspection**

During a live remote video inspection, the remote engineer or inspector uses a computer with internet access, while an on-site crew member or technician uses a mobile app on an iOS or Android device with a broadband or WiFi connection.

**Inspector (host):**
- Creates and starts session
- Loads checklist
- Grabs timecodes and status values
- Captures recordings and screenshots

**Participant (crew, technician, or guest):**
- Launches mobile app
- Joins session
- Demonstrates completed work scope
- Interacts with host through audio and video

*See e.g.,* https://www.cloudvisit.com/about-remote-maintenance/how-mro-software-works/.

**CloudVisit software system requirements**

CloudVisit Remote Inspection and MRO Software works on both mobile and desktop devices. Mobile device users require an app downloaded from the Play Store on Android devices or App Store for iOS devices. Our remote inspection software is easy to use and cost effective.

Desktop users can conduct sessions directly through their Chrome, Edge or Firefox browser. There is no need to install CloudVisit on a desktop computer, and hardware requirements are minimal for CloudVisit to run. All you need is a multi-media computer with a high-speed internet connection, a webcam, microphone, and headphones or speakers to conduct a site inspection.

*See e.g.,* https://www.cloudvisit.com/about-remote-maintenance/mro-software-system-requirements/.

> **CloudVisit Custom** offers website creation, and CloudVisit Application Program Interface (API) integration. You will work closely with our passionate and talented team to determine the appropriate protocol, interface and hosting option which meet your needs and budget.
>
> When you purchase a CloudVisit Custom project, a custom URL is created, along with customized mobile apps and branded portal login. Our graphic and web design experts can also customize a website specific to your company's unique branding and facility needs to bring all the detailed planning to fruition.

*See e.g.,* https://www.cloudvisit.com/maintenance-software/mro-custom-software-solutions/.



*See e.g.,* https://www.cloudvisit.com/about-remote-maintenance/how-mro-software-works/.



**Review and verify completed work**

High-demand experts and engineers review a shared live video feed and capture every detail of the project rendered by technicians with GPS-tracked images, uploaded files and photos, screen captures and annotations, audio and video recordings with timecodes.

*See e.g.,* https://www.cloudvisit.com/about-remote-maintenance/how-mro-software-works/.



*See e.g.,* https://www.cloudvisit.com/about-remote-maintenance/how-mro-software-works/.



*See e.g.,* https://www.cloudvisit.com/about-remote-maintenance/how-mro-software-works/.

> CloudVisit's platform transforms how organizations communicate and work, creating opportunities that were not possible before. This video communication and collaboration platform connects people through flawless high-definition video, voice, chat and digital content sharing, and enables real-time face-to-face video experiences across a range of diverse devices and remote locations.

*See e.g.,* https://www.cloudvisit.com/about-remote-maintenance/maintenance-mro-software/.

### Maximize efficiency and quality control in safety inspections

**CloudVisit Remote Inspection** software enhances the process of several types of commercial or consumer inspections with efficient project management tools. The software combines real time video communication technology with industry-specific functionalities:

- Robust appointment creation features
- Paperless digital checklists
- Screen capture and image annotation
- Video recording and timestamps
- Cloud-based visual data collection and storage
- Inspection report generation
- And more

*See e.g.,* https://www.cloudvisit.com/about-remote-maintenance/maintenance-mro-software/.



*See e.g.,* https://www.cloudvisit.com/about-remote-maintenance/mro-software-system-overview/.

**Server-level security in place:**

- CloudVisit's system and user files are hosted and connected to an enterprise network, which produces the best quality of service.
- CloudVisit is routinely penetration tested for security vulnerabilities, using the latest versions of leading security testing software.
- CloudVisit's software features a secure architecture complete with a relational database service (RDS). The RDS stores data independently from system files to prevent a data breach.
- All communication through CloudVisit's software is encrypted using a secure socket layer (SSL) and secure high algorithms, specifically secure hash algorithm (SHA-256), ensuring optimal data protection both in transit and at rest.

*See e.g.,* https://www.cloudvisit.com/about-remote-maintenance/inspection-software-security-features/.

| FILE MANAGEMENT | CloudVisit |
|---|---|
| True file folder dedicated to session | ✓ |
| Bulk downloads from folder | ✓ |
| Bulk uploads Into folder | ✓ |
| Can restrict access to folder for suppliers and customers | ✓ |
| Changelog | ✓ |

*See e.g.,* https://www.cloudvisit.com/about-remote-maintenance/mro-software-system-overview/.



*See e.g.,* https://www.cloudvisit.com/about-remote-maintenance/mro-software-system-overview/.

> **CloudVisit Custom** offers website creation, and CloudVisit Application Program Interface (API) integration. You will work closely with our passionate and talented team to determine the appropriate protocol, interface and hosting option which meet your needs and budget.
>
> When you purchase a CloudVisit Custom project, a custom URL is created, along with customized mobile apps and branded portal login. Our graphic and web design experts can also customize a website specific to your company's unique branding and facility needs to bring all the detailed planning to fruition.

*See e.g.,* https://www.cloudvisit.com/maintenance-software/mro-custom-software-solutions/.

106.    On information and belief, one or more components of the CloudVisit System employs and provides an Internet-based recording method that performs all audio and video recording functions over an Internet browser connection established

between a user front end and a host back end comprising storing the recorded audio and video material on the host back end.



## Join and conduct a remote inspection

During a live remote video inspection, the remote engineer or inspector uses a computer with internet access, while an on-site crew member or technician uses a mobile app on an iOS or Android device with a broadband or WiFi connection.

 

**Inspector (host):**
- Creates and starts session
- Loads checklist
- Grabs timecodes and status values
- Captures recordings and screenshots

**Participant (crew, technician, or guest):**
- Launches mobile app
- Joins session
- Demonstrates completed work scope
- Interacts with host through audio and video

*See e.g.,* https://www.cloudvisit.com/about-remote-maintenance/how-mro-software-works/.

## CloudVisit software system requirements

**CloudVisit Remote Inspection** and **MRO Software** works on both mobile and desktop devices. Mobile device users require an app downloaded from the Play Store on Android devices or App Store for iOS devices. Our remote inspection software is easy to use and cost effective.

Desktop users can conduct sessions directly through their Chrome, Edge or Firefox browser. There is no need to install CloudVisit on a desktop computer, and hardware requirements are minimal for CloudVisit to run. All you need is a multi-media computer with a high-speed internet connection, a webcam, microphone, and headphones or speakers to conduct a site inspection.

*See e.g.,* https://www.cloudvisit.com/about-remote-maintenance/mro-software-system-requirements/.

**CloudVisit Custom** offers website creation, and CloudVisit Application Program Interface (API) integration. You will work closely with our passionate and talented team to determine the appropriate protocol, interface and hosting option which meet your needs and budget.

When you purchase a CloudVisit Custom project, a custom URL is created, along with customized mobile apps and branded portal login. Our graphic and web design experts can also customize a website specific to your company's unique branding and facility needs to bring all the detailed planning to fruition.

*See e.g.,* https://www.cloudvisit.com/maintenance-software/mro-custom-software-solutions/.



*See e.g.,* https://www.cloudvisit.com/about-remote-maintenance/how-mro-software-works/.



## Review and verify completed work

High-demand experts and engineers review a shared live video feed and capture every detail of the project rendered by technicians with GPS-tracked images, uploaded files and photos, screen captures and annotations, audio and video recordings with timecodes.

*See e.g.,* https://www.cloudvisit.com/about-remote-maintenance/how-mro-software-works/.

 **Inspection video recording: video feeds**



The inspector selects the desired video feed to record in the active video window.

Remote inspection sessions are recorded in real time to a secure cloud-based media server and automatically stored for as long as required by your business.

*See e.g.,* https://www.cloudvisit.com/about-remote-maintenance/how-mro-software-works/.



*See e.g.,* https://www.cloudvisit.com/about-remote-maintenance/how-mro-software-works/.

CloudVisit's platform transforms how organizations communicate and work, creating opportunities that were not possible before. This video communication and collaboration platform connects people through flawless high-definition video, voice, chat and digital content sharing, and enables real-time face-to-face video experiences across a range of diverse devices and remote locations.

*See e.g.,* https://www.cloudvisit.com/about-remote-maintenance/maintenance-mro-software/.

## Maximize efficiency and quality control in safety inspections

**CloudVisit Remote Inspection** software enhances the process of several types of commercial or consumer inspections with efficient project management tools. The software combines real time video communication technology with industry-specific functionalities:

- Robust appointment creation features
- Paperless digital checklists
- Screen capture and image annotation
- Video recording and timestamps
- Cloud-based visual data collection and storage
- Inspection report generation
- And more

*See e.g.,* https://www.cloudvisit.com/about-remote-maintenance/maintenance-mro-software/.



*See e.g.,* https://www.cloudvisit.com/about-remote-maintenance/mro-software-system-overview/.



*See e.g.,* https://www.cloudvisit.com/about-remote-maintenance/inspection-software-security-features/.



*See e.g.,* https://www.cloudvisit.com/about-remote-maintenance/mro-software-system-overview/.



*See e.g.,* https://www.cloudvisit.com/about-remote-maintenance/mro-software-system-overview/.

**CloudVisit Custom** offers website creation, and CloudVisit Application Program Interface (API) integration. You will work closely with our passionate and talented team to determine the appropriate protocol, interface and hosting option which meet your needs and budget.

When you purchase a CloudVisit Custom project, a custom URL is created, along with customized mobile apps and branded portal login. Our graphic and web design experts can also customize a website specific to your company's unique branding and facility needs to bring all the detailed planning to fruition.

*See e.g.,* https://www.cloudvisit.com/maintenance-software/mro-custom-software-solutions/.

107.    On information and belief, one or more components of the CloudVisit System employs and provides an Internet-based recording method that performs all audio and video recording functions over an Internet browser connection established

between a user front end and a host back end comprising generating code associated with the recorded and stored audio and video material to facilitate accessing the recorded and stored audio and video material.



*See e.g.,* https://www.cloudvisit.com/wp-content/uploads/2021/04/CloudVisit-overview-LS-2021.pdf.

*See e.g.,* https://www.cloudvisit.com/about-remote-maintenance/how-mro-software-works/.



*See e.g.,* https://www.cloudvisit.com/about-remote-maintenance/mro-software-system-overview/.

108.    On information and belief, one or more components of the CloudVisit System employs and provides an Internet-based recording method that performs all audio and video recording functions over an Internet browser connection established between a user front end and a host back end comprising enabling the generated code to be copied and pasted to an additional location, wherein activating the generated code provides access to the recorded audio and video material from the additional location.



*See e.g.,* https://www.cloudvisit.com/wp-content/uploads/2021/04/CloudVisit-overview-LS-2021.pdf.

*See e.g.,* https://www.cloudvisit.com/about-remote-maintenance/how-mro-software-works/.



*See e.g.,* https://www.cloudvisit.com/about-remote-maintenance/mro-software-system-overview/.

109. On information and belief, CloudVisit directly infringes at least claims 1 and 18 of the '648 patent, and is in violation of 35 U.S.C. § 271(a) by making, using, selling, importing, and/or offering to sell the CloudVisit Video Products and services; and making, using, selling, selling access to, importing, offering for sale, and/or offering to sell access to the CloudVisit System.

110. CloudVisit's direct infringement has damaged Onstream and caused it to suffer and continue to suffer irreparable harm and damages.

**Count V – Infringement of United States Patent No. 10,674,109**

111.    Onstream repeats, realleges, and incorporates by reference, as if fully set forth here, the allegations of the preceding paragraphs above.

112.    On information and belief, CloudVisit (or those acting on its behalf) makes, uses, sells, imports and/or offers to sell the CloudVisit Video Products and Services; and makes, uses, sells, sells access to, imports, offers to sell and/or offers to sell access to the CloudVisit System in the United States that infringe (literally and/or under the doctrine of equivalents) at least claims 1, 2 and 26 of the '109 patent.

113.    On information and belief, one or more components of the CloudVisit System employs and provides a method comprising transmitting, via a network, (*e.g.*, the Internet) a browser-independent recording application from a backend server to a client device, the application executing in a browser on the client device.



*See e.g.,* https://www.cloudvisit.com/wp-content/uploads/2021/04/CloudVisit-overview-LS-2021.pdf.

## CloudVisit software system requirements

CloudVisit Remote Inspection and MRO Software works on both mobile and desktop devices. Mobile device users require an app downloaded from the Play Store on Android devices or App Store for iOS devices. Our remote inspection software is easy to use and cost effective.

Desktop users can conduct sessions directly through their Chrome, Edge or Firefox browser. There is no need to install CloudVisit on a desktop computer, and hardware requirements are minimal for CloudVisit to run. All you need is a multi-media computer with a high-speed internet connection, a webcam, microphone, and headphones or speakers to conduct a site inspection.

*See e.g.,* https://www.cloudvisit.com/about-remote-maintenance/mro-software-system-requirements/.

 **Inspection video recording: video feeds**



The inspector selects the desired video feed to record in the active video window.

Remote inspection sessions are recorded in real time to a secure cloud-based media server and automatically stored for as long as required by your business.

*See e.g.,* https://www.cloudvisit.com/about-remote-maintenance/how-mro-software-works/.



*See e.g.,* https://www.cloudvisit.com/about-remote-maintenance/mro-software-system-overview/.

## CloudVisit software system requirements

CloudVisit Remote Inspection and MRO Software works on both mobile and desktop devices. Mobile device users require an app downloaded from the Play Store on Android devices or App Store for iOS devices. Our remote inspection software is easy to use and cost effective.

Desktop users can conduct sessions directly through their Chrome, Edge or Firefox browser. There is no need to install CloudVisit on a desktop computer, and hardware requirements are minimal for CloudVisit to run. All you need is a multi-media computer with a high-speed internet connection, a webcam, microphone, and headphones or speakers to conduct a site inspection.

*See e.g.,* https://www.cloudvisit.com/about-remote-maintenance/mro-software-system-requirements/.



*See e.g.,* https://www.cloudvisit.com/about-remote-maintenance/how-mro-software-works/.

---

### Maximize efficiency and quality control in safety inspections

**CloudVisit Remote Inspection** software enhances the process of several types of commercial or consumer inspections with efficient project management tools. The software combines real time video communication technology with industry-specific functionalities:

- Robust appointment creation features
- Paperless digital checklists
- Screen capture and image annotation
- Video recording and timestamps
- Cloud-based visual data collection and storage
- Inspection report generation
- And more

*See e.g.,* https://www.cloudvisit.com/about-remote-maintenance/maintenance-mro-software/.

CloudVisit is backed by 17+ years of success in software programming, video conferencing, telemedicine, and telecommunications. The company has a proven record of excellence, efficiency, security, and quality customer service.

CloudVisit has grown in size and reach – and now its remote inspection and collaboration software is changing inspection, maintenance, data management, and operations processes around the world.

*See e.g.,* https://www.cloudvisit.com/about-remote-maintenance/about-cloudvisit-company-overview/.



*See e.g.,* https://www.cloudvisit.com/about-remote-maintenance/mro-software-system-overview/.

114.     On information and belief, one or more components of the CloudVisit System employs and provides a method comprising receiving, at the backend server, a media stream at the client device via the network, wherein the media stream is captured via the browser-independent recording application executing in the browser without using recording management software installed on the client device.



*See e.g.*, https://www.cloudvisit.com/about-remote-maintenance/how-mro-software-works/.

---

**Maximize efficiency and quality control in safety inspections**

**CloudVisit Remote Inspection** software enhances the process of several types of commercial or consumer inspections with efficient project management tools. The software combines real time video communication technology with industry-specific functionalities:

- Robust appointment creation features
- Paperless digital checklists
- Screen capture and image annotation
- Video recording and timestamps
- Cloud-based visual data collection and storage
- Inspection report generation
- And more

---

*See e.g.,* https://www.cloudvisit.com/about-remote-maintenance/maintenance-mro-software/.

CloudVisit is backed by 17+ years of success in software programming, video conferencing, telemedicine, and telecommunications. The company has a proven record of excellence, efficiency, security, and quality customer service.

CloudVisit has grown in size and reach – and now its remote inspection and collaboration software is changing inspection, maintenance, data management, and operations processes around the world.

*See e.g.,* https://www.cloudvisit.com/about-remote-maintenance/about-cloudvisit-company-overview/.

| VIDEO SESSIONS | CloudVisit |
|---|:---:|
| Audio / video conferencing | ✓ |
| Mute / unmute participants | ✓ |
| Chat function | ✓ |
| Host control of video / audio streams | ✓ |
| Participant list | ✓ |
| Screen sharing | ✓ |
| Session Invite by email | ✓ |
| File transfer during session | ✓ |
| Multiple screen support | ✓ |
| 1080p video and video share | ✓ |
| Custom integration available | ✓ |

*See e.g.,* https://www.cloudvisit.com/about-remote-maintenance/mro-software-system-overview/.



*See e.g.,* https://www.cloudvisit.com/about-remote-maintenance/how-mro-software-works/.



# Review and verify completed work

High-demand experts and engineers review a shared live video feed and capture every detail of the project rendered by technicians with GPS-tracked images, uploaded files and photos, screen captures and annotations, audio and video recordings with timecodes.

*See e.g.,* https://www.cloudvisit.com/about-remote-maintenance/how-mro-software-works/.

 **Inspection video recording: video feeds**



The inspector selects the desired video feed to record in the active video window.

Remote inspection sessions are recorded in real time to a secure cloud-based media server and automatically stored for as long as required by your business.

*See e.g.,* https://www.cloudvisit.com/about-remote-maintenance/how-mro-software-works/.



A remote inspector uses pause and stop & save functions to record the inspection data.

Adding timestamps during a recording function as video bookmarks in playback to expedite internal and external auditing.

*See e.g.,* https://www.cloudvisit.com/about-remote-maintenance/how-mro-software-works/.

CloudVisit's platform transforms how organizations communicate and work, creating opportunities that were not possible before. This video communication and collaboration platform connects people through flawless high-definition video, voice, chat and digital content sharing, and enables real-time face-to-face video experiences across a range of diverse devices and remote locations.

*See e.g.,* https://www.cloudvisit.com/about-remote-maintenance/maintenance-mro-software/.

## Maximize efficiency and quality control in safety inspections

**CloudVisit Remote Inspection** software enhances the process of several types of commercial or consumer inspections with efficient project management tools. The software combines real time video communication technology with industry-specific functionalities:

- Robust appointment creation features
- Paperless digital checklists
- Screen capture and image annotation
- Video recording and timestamps
- Cloud-based visual data collection and storage
- Inspection report generation
- And more

*See e.g.,* https://www.cloudvisit.com/about-remote-maintenance/maintenance-mro-software/.



*See e.g.,* https://www.cloudvisit.com/about-remote-maintenance/mro-software-system-overview/.

115.   On information and belief, the CloudVisit System is a distributed audio and video recording system for recording audio and video material over an Internet network connection established between a front end audio and video capturing device and a host back end server system.

---

**Server-level security in place:**

- CloudVisit's system and user files are hosted and connected to an enterprise network, which produces the best quality of service.
- CloudVisit is routinely penetration tested for security vulnerabilities, using the latest versions of leading security testing software.
- CloudVisit's software features a secure architecture complete with a relational database service (RDS). The RDS stores data independently from system files to prevent a data breach.
- All communication through CloudVisit's software is encrypted using a secure socket layer (SSL) and secure high algorithms, specifically secure hash algorithm (SHA-256), ensuring optimal data protection both in transit and at rest.

---

*See e.g.,* https://www.cloudvisit.com/about-remote-maintenance/inspection-software-security-features/.



*See e.g.,* https://www.cloudvisit.com/about-remote-maintenance/mro-software-system-overview/.



*See e.g.,* https://www.cloudvisit.com/about-remote-maintenance/mro-software-system-overview/.

CloudVisit Custom offers website creation, and CloudVisit Application Program Interface (API) integration. You will work closely with our passionate and talented team to determine the appropriate protocol, interface and hosting option which meet your needs and budget.

When you purchase a CloudVisit Custom project, a custom URL is created, along with customized mobile apps and branded portal login. Our graphic and web design experts can also customize a website specific to your company's unique branding and facility needs to bring all the detailed planning to fruition.

*See e.g.,* https://www.cloudvisit.com/maintenance-software/mro-custom-software-solutions/.



*See e.g.,* https://www.cloudvisit.com/wp-content/uploads/2021/04/CloudVisit-overview-LS-2021.pdf.

## CloudVisit software system requirements

**CloudVisit Remote Inspection** and **MRO Software** works on both mobile and desktop devices. Mobile device users require an app downloaded from the Play Store on Android devices or App Store for iOS devices. Our remote inspection software is easy to use and cost effective.

Desktop users can conduct sessions directly through their Chrome, Edge or Firefox browser. There is no need to install CloudVisit on a desktop computer, and hardware requirements are minimal for CloudVisit to run. All you need is a multi-media computer with a high-speed internet connection, a webcam, microphone, and headphones or speakers to conduct a site inspection.

*See e.g.,* https://www.cloudvisit.com/about-remote-maintenance/mro-software-system-requirements/.



**2b   Inspection video recording: video feeds**

The inspector selects the desired video feed to record in the active video window.

Remote inspection sessions are recorded in real time to a secure cloud-based media server and automatically stored for as long as required by your business.

*See e.g.,* https://www.cloudvisit.com/about-remote-maintenance/how-mro-software-works/.



*See e.g.,* https://www.cloudvisit.com/about-remote-maintenance/mro-software-system-overview/.

## CloudVisit software system requirements

CloudVisit Remote Inspection and MRO Software works on both mobile and desktop devices. Mobile device users require an app downloaded from the Play Store on Android devices or App Store for iOS devices. Our remote inspection software is easy to use and cost effective.

Desktop users can conduct sessions directly through their Chrome, Edge or Firefox browser. There is no need to install CloudVisit on a desktop computer, and hardware requirements are minimal for CloudVisit to run. All you need is a multi-media computer with a high-speed internet connection, a webcam, microphone, and headphones or speakers to conduct a site inspection.

*See e.g.,* https://www.cloudvisit.com/about-remote-maintenance/mro-software-system-requirements/.

116.    On information and belief, the CloudVisit System is a distributed audio and video recording system for recording audio and video material over an Internet network connection established between a front end audio and video capturing device and a host back end server system, comprising a front end audio and video capturing device configured to stream audio and video material over an Internet network connection to the host back end server system, as the audio and video material is being captured by the front end audio and video capturing device, wherein the audio and video material is captured on the front end audio and video capturing device without using recording software installed on the front end audio and video capturing device, and wherein the audio and video material is not stored as a complete file on the front end audio and video capturing device prior to being streamed to the host back end server system.



*See e.g.,* https://www.cloudvisit.com/about-remote-maintenance/how-mro-software-works/.

## Maximize efficiency and quality control in safety inspections

**CloudVisit Remote Inspection** software enhances the process of several types of commercial or consumer inspections with efficient project management tools. The software combines real time video communication technology with industry-specific functionalities:

- Robust appointment creation features
- Paperless digital checklists
- Screen capture and image annotation
- Video recording and timestamps
- Cloud-based visual data collection and storage
- Inspection report generation
- And more

*See e.g.,* https://www.cloudvisit.com/about-remote-maintenance/maintenance-mro-software/.

> CloudVisit is backed by 17+ years of success in software programming, video conferencing, telemedicine, and telecommunications. The company has a proven record of excellence, efficiency, security, and quality customer service.
>
> CloudVisit has grown in size and reach – and now its remote inspection and collaboration software is changing inspection, maintenance, data management, and operations processes around the world.

*See e.g.,* https://www.cloudvisit.com/about-remote-maintenance/about-cloudvisit-company-overview/.



*See e.g.,* https://www.cloudvisit.com/about-remote-maintenance/mro-software-system-overview/.

117.    On information and belief, the CloudVisit System is a distributed audio and video recording system for recording audio and video material over an Internet network connection established between a front end audio and video capturing device and a host back end server system, comprising a host back end server system comprised of one or more host back end servers, wherein at least one host back end server records

audio and video material streamed from the front end audio and video capturing device to said host back end server system over the Internet network connection.

> **Server-level security in place:**
>
> - CloudVisit's system and user files are hosted and connected to an enterprise network, which produces the best quality of service.
> - CloudVisit is routinely penetration tested for security vulnerabilities, using the latest versions of leading security testing software.
> - CloudVisit's software features a secure architecture complete with a relational database service (RDS). The RDS stores data independently from system files to prevent a data breach.
> - All communication through CloudVisit's software is encrypted using a secure socket layer (SSL) and secure high algorithms, specifically secure hash algorithm (SHA-256), ensuring optimal data protection both in transit and at rest.

*See e.g.,* https://www.cloudvisit.com/about-remote-maintenance/inspection-software-security-features/.



*See e.g.,* https://www.cloudvisit.com/about-remote-maintenance/mro-software-system-overview/.



*See e.g.,* https://www.cloudvisit.com/about-remote-maintenance/mro-software-

system-overview/.

CloudVisit Custom offers website creation, and CloudVisit Application Program Interface (API) integration. You will work closely with our passionate and talented team to determine the appropriate protocol, interface and hosting option which meet your needs and budget.

When you purchase a CloudVisit Custom project, a custom URL is created, along with customized mobile apps and branded portal login. Our graphic and web design experts can also customize a website specific to your company's unique branding and facility needs to bring all the detailed planning to fruition.

*See e.g.,* https://www.cloudvisit.com/maintenance-software/mro-custom-software-

solutions/.



*See e.g.,* https://www.cloudvisit.com/wp-content/uploads/2021/04/CloudVisit-overview-LS-2021.pdf.

## CloudVisit software system requirements

CloudVisit Remote Inspection and MRO Software works on both mobile and desktop devices. Mobile device users require an app downloaded from the Play Store on Android devices or App Store for iOS devices. Our remote inspection software is easy to use and cost effective.

Desktop users can conduct sessions directly through their Chrome, Edge or Firefox browser. There is no need to install CloudVisit on a desktop computer, and hardware requirements are minimal for CloudVisit to run. All you need is a multi-media computer with a high-speed internet connection, a webcam, microphone, and headphones or speakers to conduct a site inspection.

*See e.g.,* https://www.cloudvisit.com/about-remote-maintenance/mro-software-system-requirements/.



*See e.g.,* https://www.cloudvisit.com/about-remote-maintenance/how-mro-software-works/.



*See e.g.,* https://www.cloudvisit.com/about-remote-maintenance/mro-software-system-overview/.

118.    On information and belief, CloudVisit directly infringes at least claims 1, 2, and 26 of the '109 patent, and is in violation of 35 U.S.C. § 271(a) by making, using, selling, importing, and/or offering to sell the CloudVisit Video Products and services; and making, using, selling, selling access to, importing, offering for sale, and/or offering to sell access to the CloudVisit System.

119.    CloudVisit's direct infringement has damaged Onstream and caused it to suffer and continue to suffer irreparable harm and damages as a result of CloudVisit's infringement.

### Count VI – Infringement of United States Patent No. 10,694,142

120.    Onstream repeats, realleges, and incorporates by reference, as if fully set forth here, the allegations of the preceding paragraphs above.

121.    On information and belief, CloudVisit (or those acting on its behalf) makes, uses, sells, imports and/or offers to sell the CloudVisit Video Products and Services; and makes, uses, sells, sells access to, imports, offers to sell and/or offers to sell access to the CloudVisit System in the United States that infringe (literally and/or under the doctrine of equivalents) at least claims 1 and 20 of the '142 patent.

122.    On information and belief, one or more components of the CloudVisit System employs and provides a method for recording audio and video material over an Internet connection established between a user front end and a host back end.



*See e.g.,* https://www.cloudvisit.com/about-remote-maintenance/how-mro-software-works/.



**Review and verify completed work**

High-demand experts and engineers review a shared live video feed and capture every detail of the project rendered by technicians with GPS-tracked images, uploaded files and photos, screen captures and annotations, audio and video recordings with timecodes.

See e.g., https://www.cloudvisit.com/about-remote-maintenance/how-mro-software-works/.



See e.g., https://www.cloudvisit.com/about-remote-maintenance/how-mro-software-works/.



See e.g., https://www.cloudvisit.com/about-remote-maintenance/how-mro-software-works/.

> CloudVisit's platform transforms how organizations communicate and work, creating opportunities that were not possible before. This video communication and collaboration platform connects people through flawless high-definition video, voice, chat and digital content sharing, and enables real-time face-to-face video experiences across a range of diverse devices and remote locations.

*See e.g.,* https://www.cloudvisit.com/about-remote-maintenance/maintenance-mro-software/.

## Maximize efficiency and quality control in safety inspections

**CloudVisit Remote Inspection** software enhances the process of several types of commercial or consumer inspections with efficient project management tools. The software combines real time video communication technology with industry-specific functionalities:

- Robust appointment creation features
- Paperless digital checklists
- Screen capture and image annotation
- Video recording and timestamps
- Cloud-based visual data collection and storage
- Inspection report generation
- And more

*See e.g.,* https://www.cloudvisit.com/about-remote-maintenance/maintenance-mro-software/.



*See e.g.,* https://www.cloudvisit.com/about-remote-maintenance/mro-software-system-overview/.



*See e.g.,* https://www.cloudvisit.com/wp-content/uploads/2021/04/CloudVisit-

overview-LS-2021.pdf.

## CloudVisit software system requirements

CloudVisit Remote Inspection and MRO Software works on both mobile and desktop devices. Mobile device users require an app downloaded from the Play Store on Android devices or App Store for iOS devices. Our remote inspection software is easy to use and cost effective.

Desktop users can conduct sessions directly through their Chrome, Edge or Firefox browser. There is no need to install CloudVisit on a desktop computer, and hardware requirements are minimal for CloudVisit to run. All you need is a multi-media computer with a high-speed internet connection, a webcam, microphone, and headphones or speakers to conduct a site inspection.

*See e.g.,* https://www.cloudvisit.com/about-remote-maintenance/mro-software-

system-requirements/.



*See e.g.,* https://www.cloudvisit.com/about-remote-maintenance/how-mro-software-works/.

123.    On information and belief, one or more components of the CloudVisit System employs and provides a method for recording audio and video material over an Internet connection established between a user front end and a host back end, comprising delivering, in response to a user interaction, a first code from the host back end over an Internet connection each time recording of audio and video material is sought to be initiated; said first code configured to be executed at the user front end and to initiate the streaming of audio and video material as it is being captured by one or more capturing devices at the user front end to the host back end, wherein said first code is not installed at the user front end.

 **Join and conduct a remote inspection**

During a live remote video inspection, the remote engineer or inspector uses a computer with internet access, while an on-site crew member or technician uses a mobile app on an iOS or Android device with a broadband or WiFi connection.

     

**Inspector (host):**

- Creates and starts session
- Loads checklist
- Grabs timecodes and status values
- Captures recordings and screenshots

**Participant (crew, technician, or guest):**

- Launches mobile app
- Joins session
- Demonstrates completed work scope
- Interacts with host through audio and video

*See e.g.,* https://www.cloudvisit.com/about-remote-maintenance/how-mro-software-works/.

---

**CloudVisit application uses video conference technology as one part of an overall remote inspection solution, including:**

**Enhanced recording and playback**

By grabbing time codes during a session's recording or playback, users can jump to specific locations in the playback view by clicking on the timecode link.

*See e.g.,* https://www.cloudvisit.com/wp-content/uploads/2021/04/CloudVisit-overview-LS-2021.pdf.



## Join and conduct a remote inspection

During a live remote video inspection, the remote engineer or inspector uses a computer with internet access, while an on-site crew member or technician uses a mobile app on an iOS or Android device with a broadband or WiFi connection.





Inspector (host):

- Creates and starts session
- Loads checklist
- Grabs timecodes and status values
- Captures recordings and screenshots

Participant (crew, technician, or guest):

- Launches mobile app
- Joins session
- Demonstrates completed work scope
- Interacts with host through audio and video

*See e.g.,* https://www.cloudvisit.com/about-remote-maintenance/how-mro-software-works/.

CloudVisit Custom offers website creation, and CloudVisit Application Program Interface (API) integration. You will work closely with our passionate and talented team to determine the appropriate protocol, interface and hosting option which meet your needs and budget.

When you purchase a CloudVisit Custom project, a custom URL is created, along with customized mobile apps and branded portal login. Our graphic and web design experts can also customize a website specific to your company's unique branding and facility needs to bring all the detailed planning to fruition.

*See e.g.,* https://www.cloudvisit.com/maintenance-software/mro-custom-software-solutions/.

124.     On information and belief, one or more components of the CloudVisit System employs and provides a method for recording audio and video material over an Internet connection established between a user front end and a host back end

comprising streaming the audio and video material, as it is being captured by said one or more capturing devices, from the user front end to the host back end.



*See e.g.,* https://www.cloudvisit.com/about-remote-maintenance/how-mro-software-works/.

**Maximize efficiency and quality control in safety inspections**

**CloudVisit Remote Inspection** software enhances the process of several types of commercial or consumer inspections with efficient project management tools. The software combines real time video communication technology with industry-specific functionalities:

- Robust appointment creation features
- Paperless digital checklists
- Screen capture and image annotation
- Video recording and timestamps
- Cloud-based visual data collection and storage
- Inspection report generation
- And more

*See e.g.,* https://www.cloudvisit.com/about-remote-maintenance/maintenance-mro-software/.

CloudVisit is backed by 17+ years of success in software programming, video conferencing, telemedicine, and telecommunications. The company has a proven record of excellence, efficiency, security, and quality customer service.

CloudVisit has grown in size and reach – and now its remote inspection and collaboration software is changing inspection, maintenance, data management, and operations processes around the world.

*See e.g.,* https://www.cloudvisit.com/about-remote-maintenance/about-cloudvisit-company-overview/.



*See e.g.,* https://www.cloudvisit.com/about-remote-maintenance/mro-software-system-overview/.



*See e.g.,* https://www.cloudvisit.com/wp-content/uploads/2021/04/CloudVisit-overview-LS-2021.pdf.

## CloudVisit software system requirements

CloudVisit Remote Inspection and MRO Software works on both mobile and desktop devices. Mobile device users require an app downloaded from the Play Store on Android devices or App Store for iOS devices. Our remote inspection software is easy to use and cost effective.

Desktop users can conduct sessions directly through their Chrome, Edge or Firefox browser. There is no need to install CloudVisit on a desktop computer, and hardware requirements are minimal for CloudVisit to run. All you need is a multi-media computer with a high-speed internet connection, a webcam, microphone, and headphones or speakers to conduct a site inspection.

*See e.g.,* https://www.cloudvisit.com/about-remote-maintenance/mro-software-system-requirements/.



*See e.g.,* https://www.cloudvisit.com/about-remote-maintenance/how-mro-software-works/.



*See e.g.,* https://www.cloudvisit.com/about-remote-maintenance/mro-software-system-overview/.

## CloudVisit software system requirements

**CloudVisit Remote Inspection** and **MRO Software** works on both mobile and desktop devices. Mobile device users require an app downloaded from the Play Store on Android devices or App Store for iOS devices. Our remote inspection software is easy to use and cost effective.

Desktop users can conduct sessions directly through their Chrome, Edge or Firefox browser. There is no need to install CloudVisit on a desktop computer, and hardware requirements are minimal for CloudVisit to run. All you need is a multi-media computer with a high-speed internet connection, a webcam, microphone, and headphones or speakers to conduct a site inspection.

*See e.g.,* https://www.cloudvisit.com/about-remote-maintenance/mro-software-system-requirements/.

125.    On information and belief, one or more components of the CloudVisit System employs and provides a method for recording audio and video material over an Internet connection established between a user front end and a host back end, comprising recording on the host back end the audio and video material streamed over the Internet connection.



*See e.g.,* https://www.cloudvisit.com/wp-content/uploads/2021/04/CloudVisit-overview-LS-2021.pdf.

## CloudVisit software system requirements

CloudVisit Remote Inspection and MRO Software works on both mobile and desktop devices. Mobile device users require an app downloaded from the Play Store on Android devices or App Store for iOS devices. Our remote inspection software is easy to use and cost effective.

Desktop users can conduct sessions directly through their Chrome, Edge or Firefox browser. There is no need to install CloudVisit on a desktop computer, and hardware requirements are minimal for CloudVisit to run. All you need is a multi-media computer with a high-speed internet connection, a webcam, microphone, and headphones or speakers to conduct a site inspection.

*See e.g.,* https://www.cloudvisit.com/about-remote-maintenance/mro-software-system-requirements/.



*See e.g.,* https://www.cloudvisit.com/about-remote-maintenance/how-mro-software-works/.



*See e.g.,* https://www.cloudvisit.com/about-remote-maintenance/mro-software-system-overview/.

**Server-level security in place:**

- CloudVisit's system and user files are hosted and connected to an enterprise network, which produces the best quality of service.
- CloudVisit is routinely penetration tested for security vulnerabilities, using the latest versions of leading security testing software.
- CloudVisit's software features a secure architecture complete with a relational database service (RDS). The RDS stores data independently from system files to prevent a data breach.
- All communication through CloudVisit's software is encrypted using a secure socket layer (SSL) and secure high algorithms, specifically secure hash algorithm (SHA-256), ensuring optimal data protection both in transit and at rest.

*See e.g.,* https://www.cloudvisit.com/about-remote-maintenance/inspection-software-security-features/.

| FILE MANAGEMENT | CloudVisit |
|---|---|
| True file folder dedicated to session | ✓ |
| Bulk downloads from folder | ✓ |
| Bulk uploads Into folder | ✓ |
| Can restrict access to folder for suppliers and customers | ✓ |
| Changelog | ✓ |

*See e.g.,* https://www.cloudvisit.com/about-remote-maintenance/mro-software-system-overview/.

142



*See e.g.,* https://www.cloudvisit.com/about-remote-maintenance/mro-software-system-overview/.

CloudVisit Custom offers website creation, and CloudVisit Application Program Interface (API) integration. You will work closely with our passionate and talented team to determine the appropriate protocol, interface and hosting option which meet your needs and budget.

When you purchase a CloudVisit Custom project, a custom URL is created, along with customized mobile apps and branded portal login. Our graphic and web design experts can also customize a website specific to your company's unique branding and facility needs to bring all the detailed planning to fruition.

*See e.g.,* https://www.cloudvisit.com/maintenance-software/mro-custom-software-solutions/.

126.   On information and belief, CloudVisit directly infringes at least claims 1 and 20 of the '142 patent, and is in violation of 35 U.S.C. § 271(a) by making, using, selling, importing, and/or offering to sell the CloudVisit Video Products and services;

and making, using, selling, selling access to, importing, offering for sale, and/or offering to sell access to the CloudVisit System.

127.     CloudVisit's direct indirect infringement has damaged Onstream and caused it to suffer and continue to suffer irreparable harm and damages.

## Count VII – Infringement of United States Patent No. 10,848,707

128.     Onstream repeats, realleges, and incorporates by reference, as if fully set forth here, the allegations of the preceding paragraphs above.

129.     On information and belief, CloudVisit (or those acting on its behalf) makes, uses, sells, imports and/or offers to sell the CloudVisit Video Products and Services; and makes, uses, sells, sells access to, imports, offers to sell and/or offers to sell access to the CloudVisit System in the United States that infringe (literally and/or under the doctrine of equivalents) at least claims 1, 9, and 17 of the '707 patent.

130.     On information and belief, one or more components of the CloudVisit System employs and provides a method comprising receiving, at one or more host back end application servers through at least a packet-based network connection, (*e.g.* an Internet connection) streamed digital audio and digital video material being streamed from a front end digital audio and digital video capturing device, wherein the streamed digital audio and digital video material is captured on the front end digital audio and digital video capturing device without requiring on the front end digital audio and digital video capturing device local installation of recording software that is configured to record digital audio and digital video material as a complete file to a local storage memory.

**Server-level security in place:**

- CloudVisit's system and user files are hosted and connected to an enterprise network, which produces the best quality of service.
- CloudVisit is routinely penetration tested for security vulnerabilities, using the latest versions of leading security testing software.
- CloudVisit's software features a secure architecture complete with a relational database service (RDS). The RDS stores data independently from system files to prevent a data breach.
- All communication through CloudVisit's software is encrypted using a secure socket layer (SSL) and secure high algorithms, specifically secure hash algorithm (SHA-256), ensuring optimal data protection both in transit and at rest.

*See e.g.,* https://www.cloudvisit.com/about-remote-maintenance/inspection-software-security-features/.

| FILE MANAGEMENT | CloudVisit |
|---|---|
| True file folder dedicated to session | ✓ |
| Bulk downloads from folder | ✓ |
| Bulk uploads Into folder | ✓ |
| Can restrict access to folder for suppliers and customers | ✓ |
| Changelog | ✓ |

*See e.g.,* https://www.cloudvisit.com/about-remote-maintenance/mro-software-system-overview/.



*See e.g.,* https://www.cloudvisit.com/about-remote-maintenance/mro-software-system-overview/.

CloudVisit Custom offers website creation, and CloudVisit Application Program Interface (API) integration. You will work closely with our passionate and talented team to determine the appropriate protocol, interface and hosting option which meet your needs and budget.

When you purchase a CloudVisit Custom project, a custom URL is created, along with customized mobile apps and branded portal login. Our graphic and web design experts can also customize a website specific to your company's unique branding and facility needs to bring all the detailed planning to fruition.

*See e.g.,* https://www.cloudvisit.com/maintenance-software/mro-custom-software-solutions/.



*See e.g.,* https://www.cloudvisit.com/about-remote-maintenance/how-mro-software-works/.

## Maximize efficiency and quality control in safety inspections

**CloudVisit Remote Inspection** software enhances the process of several types of commercial or consumer inspections with efficient project management tools. The software combines real time video communication technology with industry-specific functionalities:

- Robust appointment creation features
- Paperless digital checklists
- Screen capture and image annotation
- Video recording and timestamps
- Cloud-based visual data collection and storage
- Inspection report generation
- And more

*See e.g.,* https://www.cloudvisit.com/about-remote-maintenance/maintenance-mro-software/.

> CloudVisit is backed by 17+ years of success in software programming, video conferencing, telemedicine, and telecommunications. The company has a proven record of excellence, efficiency, security, and quality customer service.
>
> CloudVisit has grown in size and reach – and now its remote inspection and collaboration software is changing inspection, maintenance, data management, and operations processes around the world.

*See e.g.,* https://www.cloudvisit.com/about-remote-maintenance/about-cloudvisit-company-overview/.



*See e.g.,* https://www.cloudvisit.com/about-remote-maintenance/mro-software-system-overview/.



**2** ## Join and conduct a remote inspection

During a live remote video inspection, the remote engineer or inspector uses a computer with internet access, while an on-site crew member or technician uses a mobile app on an iOS or Android device with a broadband or WiFi connection.





Inspector (host):

- Creates and starts session
- Loads checklist
- Grabs timecodes and status values
- Captures recordings and screenshots

Participant (crew, technician, or guest):

- Launches mobile app
- Joins session
- Demonstrates completed work scope
- Interacts with host through audio and video

*See e.g.,* https://www.cloudvisit.com/about-remote-maintenance/how-mro-software-works/.

## CloudVisit software system requirements

CloudVisit Remote Inspection and MRO Software works on both mobile and desktop devices. Mobile device users require an app downloaded from the Play Store on Android devices or App Store for iOS devices. Our remote inspection software is easy to use and cost effective.

Desktop users can conduct sessions directly through their Chrome, Edge or Firefox browser. There is no need to install CloudVisit on a desktop computer, and hardware requirements are minimal for CloudVisit to run. All you need is a multi-media computer with a high-speed internet connection, a webcam, microphone, and headphones or speakers to conduct a site inspection.

*See e.g.,* https://www.cloudvisit.com/about-remote-maintenance/mro-software-system-requirements/.

> **CloudVisit Custom** offers website creation, and CloudVisit Application Program Interface (API) integration. You will work closely with our passionate and talented team to determine the appropriate protocol, interface and hosting option which meet your needs and budget.
>
> When you purchase a CloudVisit Custom project, a custom URL is created, along with customized mobile apps and branded portal login. Our graphic and web design experts can also customize a website specific to your company's unique branding and facility needs to bring all the detailed planning to fruition.

*See e.g.,* https://www.cloudvisit.com/maintenance-software/mro-custom-software-solutions/.

131.    On information and belief, one or more components of the CloudVisit System employs and provides a method comprising remotely recording the streamed digital audio and digital video material over at least the packet-based network connection at the one or more host back end application servers as a sequentially stored file.

> **Server-level security in place:**
>
> - CloudVisit's system and user files are hosted and connected to an enterprise network, which produces the best quality of service.
> - CloudVisit is routinely penetration tested for security vulnerabilities, using the latest versions of leading security testing software.
> - CloudVisit's software features a secure architecture complete with a relational database service (RDS). The RDS stores data independently from system files to prevent a data breach.
> - All communication through CloudVisit's software is encrypted using a secure socket layer (SSL) and secure high algorithms, specifically secure hash algorithm (SHA-256), ensuring optimal data protection both in transit and at rest.

*See e.g.,* https://www.cloudvisit.com/about-remote-maintenance/inspection-software-security-features/.



*See e.g.,* https://www.cloudvisit.com/about-remote-maintenance/mro-software-system-overview/.



*See e.g.,* https://www.cloudvisit.com/about-remote-maintenance/mro-software-system-overview/.

CloudVisit Custom offers website creation, and CloudVisit Application Program Interface (API) integration. You will work closely with our passionate and talented team to determine the appropriate protocol, interface and hosting option which meet your needs and budget.

When you purchase a CloudVisit Custom project, a custom URL is created, along with customized mobile apps and branded portal login. Our graphic and web design experts can also customize a website specific to your company's unique branding and facility needs to bring all the detailed planning to fruition.

*See e.g.,* https://www.cloudvisit.com/maintenance-software/mro-custom-software-solutions/.

132.    On information and belief, one or more components of the CloudVisit System employs and provides a method comprising generating a pointer comprising a URL associated with the sequentially stored file to facilitate accessing of the sequentially stored file.

**CloudVisit application uses video conference technology as one part of an overall remote inspection solution, including:**

**Enhanced recording and playback**

By grabbing time codes during a session's recording or playback, users can jump to specific locations in the playback view by clicking on the timecode link.

*See e.g.,* https://www.cloudvisit.com/wp-content/uploads/2021/04/CloudVisit-overview-LS-2021.pdf.



*See e.g.,* https://www.cloudvisit.com/about-remote-maintenance/how-mro-software-works/.



*See e.g.*, https://www.cloudvisit.com/about-remote-maintenance/mro-software-system-overview/.

133.    On information and belief, one or more components of the CloudVisit System employs and provides a method comprising enabling additional digital material comprising (i) digital still image material, (ii) digital audio material, (iii) digital video material, (iv) digital video material and digital audio material, (v) digital still image material and digital video material, (vi) digital still image material and digital audio material, or (vii) digital still image material, digital audio material, and digital video material, to be associated with the sequentially stored file at the one or more host back end application servers.



*See e.g.,* https://www.cloudvisit.com/about-remote-maintenance/mro-software-system-overview/.



**Inspect, capture and share project completion evidence**

Visual collaboration tools allow inspectors and managers to assign and notify responsible users for the most efficient real-time data collection, aiding in project management, completion and acceptance.

*See e.g.,* https://www.cloudvisit.com/about-remote-maintenance/how-mro-software-works/.



*See e.g.,* https://www.cloudvisit.com/wp-content/uploads/2021/04/CloudVisit-overview-LS-2021.pdf.

## CloudVisit software system requirements

CloudVisit Remote Inspection and MRO Software works on both mobile and desktop devices. Mobile device users require an app downloaded from the Play Store on Android devices or App Store for iOS devices. Our remote inspection software is easy to use and cost effective.

Desktop users can conduct sessions directly through their Chrome, Edge or Firefox browser. There is no need to install CloudVisit on a desktop computer, and hardware requirements are minimal for CloudVisit to run. All you need is a multi-media computer with a high-speed internet connection, a webcam, microphone, and headphones or speakers to conduct a site inspection.

*See e.g.,* https://www.cloudvisit.com/about-remote-maintenance/mro-software-system-requirements/.



*See e.g.,* https://www.cloudvisit.com/about-remote-maintenance/how-mro-software-works/.

134.    On information and belief, one or more components of the CloudVisit System employs and provides a method comprising providing remote user access to the sequentially stored file and the additional digital material in response to activation of the pointer comprising the URL.

**CloudVisit application uses video conference technology as one part of an overall remote inspection solution, including:**

**Enhanced recording and playback**

By grabbing time codes during a session's recording or playback, users can jump to specific locations in the playback view by clicking on the timecode link.

*See e.g.,* https://www.cloudvisit.com/wp-content/uploads/2021/04/CloudVisit-overview-LS-2021.pdf.



*See e.g.,* https://www.cloudvisit.com/about-remote-maintenance/how-mro-software-works/.



*See e.g.,* https://www.cloudvisit.com/about-remote-maintenance/mro-software-system-overview/.

135.    On information and belief, CloudVisit directly infringes at least claims 1, 9, and 17 of the '707 patent and is in violation of 35 U.S.C. § 271(a) by making, using, selling, importing, and/or offering to sell the CloudVisit Video Products and services; and making, using, selling, selling access to, importing, offering for sale, and/or offering to sell access to the CloudVisit System.

136.    CloudVisit's direct infringement has damaged Onstream and caused it to suffer and continue to suffer irreparable harm and damages.

**Count VIII – Infringement of United States Patent No. 10,951,855**

137.    Onstream repeats, realleges, and incorporates by reference, as if fully set forth here, the allegations of the preceding paragraphs above.

138.    On information and belief, CloudVisit (or those acting on its behalf) makes, uses, sells, imports and/or offers to sell the CloudVisit Video Products and Services; and makes, uses, sells, sells access to, imports, offers to sell and/or offers to sell access to the CloudVisit System in the United States that infringe (literally and/or under the doctrine of equivalents) at least claims 1, 15, 27, and 29 of the '855 patent.

139.    On information and belief, one or more components of the CloudVisit System comprise a secure distributed digital audio and digital video recording system.

**Server-level security in place:**

- CloudVisit's system and user files are hosted and connected to an enterprise network, which produces the best quality of service.
- CloudVisit is routinely penetration tested for security vulnerabilities, using the latest versions of leading security testing software.
- CloudVisit's software features a secure architecture complete with a relational database service (RDS). The RDS stores data independently from system files to prevent a data breach.
- All communication through CloudVisit's software is encrypted using a secure socket layer (SSL) and secure high algorithms, specifically secure hash algorithm (SHA-256), ensuring optimal data protection both in transit and at rest.

*See e.g.,* https://www.cloudvisit.com/about-remote-maintenance/inspection-software-security-features/.

| FILE MANAGEMENT | CloudVisit |
|---|---|
| True file folder dedicated to session | ✓ |
| Bulk downloads from folder | ✓ |
| Bulk uploads Into folder | ✓ |
| Can restrict access to folder for suppliers and customers | ✓ |
| Changelog | ✓ |

*See e.g.,* https://www.cloudvisit.com/about-remote-maintenance/mro-software-system-overview/.

161



*See e.g.,* https://www.cloudvisit.com/about-remote-maintenance/mro-software-system-overview/.

140.    On information and belief, one or more components of the CloudVisit System comprise a secure distributed digital audio and digital video recording system comprising an application configured to operate on a mobile front end digital audio and digital video capturing device.



*See e.g.,* https://www.cloudvisit.com/about-remote-maintenance/how-mro-software-works/.



## Review and verify completed work

High-demand experts and engineers review a shared live video feed and capture every detail of the project rendered by technicians with GPS-tracked images, uploaded files and photos, screen captures and annotations, audio and video recordings with timecodes.

*See e.g.,* https://www.cloudvisit.com/about-remote-maintenance/how-mro-software-works/.

 **Inspection video recording: video feeds**



The inspector selects the desired video feed to record in the active video window.

Remote inspection sessions are recorded in real time to a secure cloud-based media server and automatically stored for as long as required by your business.

*See e.g.,* https://www.cloudvisit.com/about-remote-maintenance/how-mro-software-works/.



*See e.g.,* https://www.cloudvisit.com/about-remote-maintenance/how-mro-software-works/.

CloudVisit's platform transforms how organizations communicate and work, creating opportunities that were not possible before. This video communication and collaboration platform connects people through flawless high-definition video, voice, chat and digital content sharing, and enables real-time face-to-face video experiences across a range of diverse devices and remote locations.

*See e.g.,* https://www.cloudvisit.com/about-remote-maintenance/maintenance-mro-software/.

## Maximize efficiency and quality control in safety inspections

**CloudVisit Remote Inspection** software enhances the process of several types of commercial or consumer inspections with efficient project management tools. The software combines real time video communication technology with industry-specific functionalities:

- Robust appointment creation features
- Paperless digital checklists
- Screen capture and image annotation
- Video recording and timestamps
- Cloud-based visual data collection and storage
- Inspection report generation
- And more

*See e.g.,* https://www.cloudvisit.com/about-remote-maintenance/maintenance-mro-software/.



*See e.g.,* https://www.cloudvisit.com/about-remote-maintenance/mro-software-system-overview/.



*See e.g.,* https://www.cloudvisit.com/wp-content/uploads/2021/04/CloudVisit-overview-LS-2021.pdf.

*See e.g.,* https://www.cloudvisit.com/about-remote-maintenance/mro-software-system-requirements/.



*See e.g.,* https://www.cloudvisit.com/about-remote-maintenance/how-mro-software-works/.

141.    On information and belief, one or more components of the CloudVisit System comprise a secure distributed digital audio and digital video recording system comprising a host back end application server system comprising one or more host back end application servers.



*See e.g.,* https://www.cloudvisit.com/wp-content/uploads/2021/04/CloudVisit-overview-LS-2021.pdf.

## CloudVisit software system requirements

CloudVisit Remote Inspection and MRO Software works on both mobile and desktop devices. Mobile device users require an app downloaded from the Play Store on Android devices or App Store for iOS devices. Our remote inspection software is easy to use and cost effective.

Desktop users can conduct sessions directly through their Chrome, Edge or Firefox browser. There is no need to install CloudVisit on a desktop computer, and hardware requirements are minimal for CloudVisit to run. All you need is a multi-media computer with a high-speed internet connection, a webcam, microphone, and headphones or speakers to conduct a site inspection.

*See e.g.,* https://www.cloudvisit.com/about-remote-maintenance/mro-software-system-requirements/.

 **Inspection video recording: video feeds**



The inspector selects the desired video feed to record in the active video window.

Remote inspection sessions are recorded in real time to a secure cloud-based media server and automatically stored for as long as required by your business.

*See e.g.,* https://www.cloudvisit.com/about-remote-maintenance/how-mro-software-works/.

169



*See e.g.,* https://www.cloudvisit.com/about-remote-maintenance/mro-software-

system-overview/.

---

**Server-level security in place:**

- CloudVisit's system and user files are hosted and connected to an enterprise network, which produces the best quality of service.
- CloudVisit is routinely penetration tested for security vulnerabilities, using the latest versions of leading security testing software.
- CloudVisit's software features a secure architecture complete with a relational database service (RDS). The RDS stores data independently from system files to prevent a data breach.
- All communication through CloudVisit's software is encrypted using a secure socket layer (SSL) and secure high algorithms, specifically secure hash algorithm (SHA-256), ensuring optimal data protection both in transit and at rest.

---

*See e.g.,* https://www.cloudvisit.com/about-remote-maintenance/inspection-software-security-features/.



*See e.g.,* https://www.cloudvisit.com/about-remote-maintenance/mro-software-system-overview/.



*See e.g.,* https://www.cloudvisit.com/about-remote-maintenance/mro-software-

system-overview/.

CloudVisit Custom offers website creation, and CloudVisit Application Program Interface (API) integration. You will work closely with our passionate and talented team to determine the appropriate protocol, interface and hosting option which meet your needs and budget.

When you purchase a CloudVisit Custom project, a custom URL is created, along with customized mobile apps and branded portal login. Our graphic and web design experts can also customize a website specific to your company's unique branding and facility needs to bring all the detailed planning to fruition.

*See e.g.,* https://www.cloudvisit.com/maintenance-software/mro-custom-software-

solutions/.

142.    On information and belief, one or more components of the CloudVisit

System comprise a secure distributed digital audio and digital video recording system

wherein in response to an interaction with a user, the host back end application server

system delivers to the application, each time recording of digital audio and digital video material is sought to be initiated, a stream number that is associated with an account of the user.

 **Join and conduct a remote inspection**

During a live remote video inspection, the remote engineer or inspector uses a computer with internet access, while an on-site crew member or technician uses a mobile app on an iOS or Android device with a broadband or WiFi connection.

 

**Inspector (host):**
- Creates and starts session
- Loads checklist
- Grabs timecodes and status values
- Captures recordings and screenshots

**Participant (crew, technician, or guest):**
- Launches mobile app
- Joins session
- Demonstrates completed work scope
- Interacts with host through audio and video

*See e.g.,* https://www.cloudvisit.com/about-remote-maintenance/how-mro-software-works/.

**CloudVisit application uses video conference technology as one part of an overall remote inspection solution, including:**

**Enhanced recording and playback**

By grabbing time codes during a session's recording or playback, users can jump to specific locations in the playback view by clicking on the timecode link.

*See e.g.,* https://www.cloudvisit.com/wp-content/uploads/2021/04/CloudVisit-overview-LS-2021.pdf.

143.    On information and belief, one or more components of the CloudVisit System comprise a secure distributed digital audio and digital video recording system wherein the application is configured to use the stream number to initiate secure streaming of digital audio and digital video material to the host back end application server system.



*See e.g.,* https://www.cloudvisit.com/wp-content/uploads/2021/04/CloudVisit-overview-LS-2021.pdf.

## CloudVisit software system requirements

**CloudVisit Remote Inspection** and **MRO Software** works on both mobile and desktop devices. Mobile device users require an app downloaded from the Play Store on Android devices or App Store for iOS devices. Our **remote inspection** software is easy to use and cost effective.

Desktop users can conduct sessions directly through their Chrome, Edge or Firefox browser. There is no need to install CloudVisit on a desktop computer, and hardware requirements are minimal for CloudVisit to run. All you need is a multi-media computer with a high-speed internet connection, a webcam, microphone, and headphones or speakers to conduct a site inspection.

*See e.g.,* https://www.cloudvisit.com/about-remote-maintenance/mro-software-system-requirements/.



**2b   Inspection video recording: video feeds**

The inspector selects the desired video feed to record in the active video window.

Remote inspection sessions are recorded in real time to a secure cloud-based media server and automatically stored for as long as required by your business.

*See e.g.,* https://www.cloudvisit.com/about-remote-maintenance/how-mro-software-works/.



*See e.g.,* https://www.cloudvisit.com/about-remote-maintenance/mro-software-system-overview/.

144. On information and belief, one or more components of the CloudVisit System comprise a secure distributed digital audio and digital video recording system wherein the digital audio and digital video material is not stored as a complete file on the mobile front end digital audio and digital video capturing device prior to initiation of the secure streaming of the digital audio and digital video material to the host back end application server system.



*See e.g.,* https://www.cloudvisit.com/wp-content/uploads/2021/04/CloudVisit-overview-LS-2021.pdf.

## CloudVisit software system requirements

CloudVisit Remote Inspection and MRO Software works on both mobile and desktop devices. Mobile device users require an app downloaded from the Play Store on Android devices or App Store for iOS devices. Our remote inspection software is easy to use and cost effective.

Desktop users can conduct sessions directly through their Chrome, Edge or Firefox browser. There is no need to install CloudVisit on a desktop computer, and hardware requirements are minimal for CloudVisit to run. All you need is a multi-media computer with a high-speed internet connection, a webcam, microphone, and headphones or speakers to conduct a site inspection.

*See e.g.,* https://www.cloudvisit.com/about-remote-maintenance/mro-software-system-requirements/.



*See e.g.,* https://www.cloudvisit.com/about-remote-maintenance/how-mro-software-works/.



*See e.g.,* https://www.cloudvisit.com/about-remote-maintenance/mro-software-system-overview/.



*See e.g.,* https://www.cloudvisit.com/about-remote-maintenance/how-mro-software-works/.



# Review and verify completed work

High-demand experts and engineers review a shared live video feed and capture every detail of the project rendered by technicians with GPS-tracked images, uploaded files and photos, screen captures and annotations, audio and video recordings with timecodes.

*See e.g.,* https://www.cloudvisit.com/about-remote-maintenance/how-mro-software-works/.

 

**2b  Inspection video recording: video feeds**

The inspector selects the desired video feed to record in the active video window.

Remote inspection sessions are recorded in real time to a secure cloud-based media server and automatically stored for as long as required by your business.

*See e.g.,* https://www.cloudvisit.com/about-remote-maintenance/how-mro-software-works/.



*See e.g.,* https://www.cloudvisit.com/about-remote-maintenance/how-mro-software-works/.

CloudVisit's platform transforms how organizations communicate and work, creating opportunities that were not possible before. This video communication and collaboration platform connects people through flawless high-definition video, voice, chat and digital content sharing, and enables real-time face-to-face video experiences across a range of diverse devices and remote locations.

*See e.g.,* https://www.cloudvisit.com/about-remote-maintenance/maintenance-mro-software/.

---

**Maximize efficiency and quality control in safety inspections**

**CloudVisit Remote Inspection** software enhances the process of several types of commercial or consumer inspections with efficient project management tools. The software combines real time video communication technology with industry-specific functionalities:

- Robust appointment creation features
- Paperless digital checklists
- Screen capture and image annotation
- Video recording and timestamps
- Cloud-based visual data collection and storage
- Inspection report generation
- And more

---

*See e.g.,* https://www.cloudvisit.com/about-remote-maintenance/maintenance-mro-software/.

145.    On information and belief, one or more components of the CloudVisit System comprise a secure distributed digital audio and digital video recording system wherein the application is configured to use a secure real time messaging protocol to securely stream the digital audio and digital video material from the mobile front end digital audio and digital video capturing device over at least a packet-based network connection (*e.g.*, the Internet), to the host back end application server system, as the digital audio and digital video material is being captured by the mobile front end digital audio and digital video capturing device.



*See e.g.,* https://www.cloudvisit.com/about-remote-maintenance/how-mro-software-works/.



# Review and verify completed work

High-demand experts and engineers review a shared live video feed and capture every detail of the project rendered by technicians with GPS-tracked images, uploaded files and photos, screen captures and annotations, audio and video recordings with timecodes.

*See e.g.,* https://www.cloudvisit.com/about-remote-maintenance/how-mro-software-works/.

 **Inspection video recording: video feeds**



The inspector selects the desired video feed to record in the active video window.

Remote inspection sessions are recorded in real time to a secure cloud-based media server and automatically stored for as long as required by your business.

*See e.g.,* https://www.cloudvisit.com/about-remote-maintenance/how-mro-software-works/.



*See e.g.,* https://www.cloudvisit.com/about-remote-maintenance/how-mro-software-works/.

CloudVisit's platform transforms how organizations communicate and work, creating opportunities that were not possible before. This video communication and collaboration platform connects people through flawless high-definition video, voice, chat and digital content sharing, and enables real-time face-to-face video experiences across a range of diverse devices and remote locations.

*See e.g.,* https://www.cloudvisit.com/about-remote-maintenance/maintenance-mro-software/.

## Maximize efficiency and quality control in safety inspections

**CloudVisit Remote Inspection** software enhances the process of several types of commercial or consumer inspections with efficient project management tools. The software combines real time video communication technology with industry-specific functionalities:

- Robust appointment creation features
- Paperless digital checklists
- Screen capture and image annotation
- Video recording and timestamps
- Cloud-based visual data collection and storage
- Inspection report generation
- And more

*See e.g.,* https://www.cloudvisit.com/about-remote-maintenance/maintenance-mro-software/.



*See e.g.,* https://www.cloudvisit.com/wp-content/uploads/2021/04/CloudVisit-overview-LS-2021.pdf.

## CloudVisit software system requirements

**CloudVisit Remote Inspection** and **MRO Software** works on both mobile and desktop devices. Mobile device users require an app downloaded from the Play Store on Android devices or App Store for iOS devices. Our remote inspection software is easy to use and cost effective.

Desktop users can conduct sessions directly through their Chrome, Edge or Firefox browser. There is no need to install CloudVisit on a desktop computer, and hardware requirements are minimal for CloudVisit to run. All you need is a multi-media computer with a high-speed internet connection, a webcam, microphone, and headphones or speakers to conduct a site inspection.

*See e.g.,* https://www.cloudvisit.com/about-remote-maintenance/mro-software-system-requirements/.

146.    On information and belief, one or more components of the CloudVisit System comprise a secure distributed digital audio and digital video recording system wherein the application is capable of securely streaming the digital audio and digital video material without requiring local installation and concurrent execution on the mobile front end digital audio and digital video capturing device of an additional custom recording software application that is configured to record digital audio and digital video material as a complete file to a local storage memory.

  

## 2 Join and conduct a remote inspection

During a live remote video inspection, the remote engineer or inspector uses a computer with internet access, while an on-site crew member or technician uses a mobile app on an iOS or Android device with a broadband or WiFi connection.

**Inspector (host):**

- Creates and starts session
- Loads checklist
- Grabs timecodes and status values
- Captures recordings and screenshots

**Participant (crew, technician, or guest):**

- Launches mobile app
- Joins session
- Demonstrates completed work scope
- Interacts with host through audio and video

*See e.g.,* https://www.cloudvisit.com/about-remote-maintenance/how-mro-software-works/.

CloudVisit Custom offers website creation, and CloudVisit Application Program Interface (API) integration. You will work closely with our passionate and talented team to determine the appropriate protocol, interface and hosting option which meet your needs and budget.

When you purchase a CloudVisit Custom project, a custom URL is created, along with customized mobile apps and branded portal login. Our graphic and web design experts can also customize a website specific to your company's unique branding and facility needs to bring all the detailed planning to fruition.

*See e.g.,* https://www.cloudvisit.com/maintenance-software/mro-custom-software-solutions/.

147.     On information and belief, one or more components of the CloudVisit System comprise a secure distributed digital audio and digital video recording system wherein at least one host back end application server records the digital audio and

digital video material securely streamed from the mobile front end digital audio and

digital video capturing device.

**Server-level security in place:**

- CloudVisit's system and user files are hosted and connected to an enterprise network, which produces the best quality of service.
- CloudVisit is routinely penetration tested for security vulnerabilities, using the latest versions of leading security testing software.
- CloudVisit's software features a secure architecture complete with a relational database service (RDS). The RDS stores data independently from system files to prevent a data breach.
- All communication through CloudVisit's software is encrypted using a secure socket layer (SSL) and secure high algorithms, specifically secure hash algorithm (SHA-256), ensuring optimal data protection both in transit and at rest.

*See e.g.,* https://www.cloudvisit.com/about-remote-maintenance/inspection-software-

security-features/.



*See e.g.,* https://www.cloudvisit.com/about-remote-maintenance/mro-software-

system-overview/.



*See e.g.,* https://www.cloudvisit.com/about-remote-maintenance/mro-software-system-overview/.

> **CloudVisit Custom** offers website creation, and CloudVisit Application Program Interface (API) integration. You will work closely with our passionate and talented team to determine the appropriate protocol, interface and hosting option which meet your needs and budget.
>
> When you purchase a CloudVisit Custom project, a custom URL is created, along with customized mobile apps and branded portal login. Our graphic and web design experts can also customize a website specific to your company's unique branding and facility needs to bring all the detailed planning to fruition.

*See e.g.,* https://www.cloudvisit.com/maintenance-software/mro-custom-software-solutions/.



*See e.g.,* https://www.cloudvisit.com/wp-content/uploads/2021/04/CloudVisit-

overview-LS-2021.pdf.

## CloudVisit software system requirements

CloudVisit Remote Inspection and MRO Software works on both mobile and desktop devices. Mobile device users require an app downloaded from the Play Store on Android devices or App Store for iOS devices. Our remote inspection software is easy to use and cost effective.

Desktop users can conduct sessions directly through their Chrome, Edge or Firefox browser. There is no need to install CloudVisit on a desktop computer, and hardware requirements are minimal for CloudVisit to run. All you need is a multi-media computer with a high-speed internet connection, a webcam, microphone, and headphones or speakers to conduct a site inspection.

*See e.g.,* https://www.cloudvisit.com/about-remote-maintenance/mro-software-

system-requirements/.



*See e.g.,* https://www.cloudvisit.com/about-remote-maintenance/how-mro-software-works/.



*See e.g.,* https://www.cloudvisit.com/about-remote-maintenance/mro-software-system-overview/.

148.     On information and belief, CloudVisit directly infringes at least claims 1, 15, 27, and 29 of the '855 patent, and is in violation of 35 U.S.C. § 271(a) by making, using, selling, importing, and/or offering to sell the CloudVisit Video Products and services; and making, using, selling, selling access to, importing, offering for sale, and/or offering to sell access to the CloudVisit System.

149.     CloudVisit's direct infringement has damaged Onstream and caused it to suffer and continue to suffer irreparable harm and damages.

**Count VIII – Infringement of United States Patent No. 11,128,833**

150.     Onstream repeats, realleges, and incorporates by reference, as if fully set forth here, the allegations of the preceding paragraphs above.

151.     On information and belief, CloudVisit (or those acting on its behalf) makes, uses, sells, imports and/or offers to sell the CloudVisit Video Products and Services; and makes, uses, sells, sells access to, imports, offers to sell and/or offers to sell access to the CloudVisit System in the United States that infringe (literally and/or under the doctrine of equivalents) at least claims 1, 10, and 21 of the '833 patent.

152.     On information and belief, one or more components of the CloudVisit System employs and provides a method for network-based recording and delivery of digital audio and digital video material.



*See e.g.,* https://www.cloudvisit.com/about-remote-maintenance/how-mro-software-works/.



# Review and verify completed work

High-demand experts and engineers review a shared live video feed and capture every detail of the project rendered by technicians with GPS-tracked images, uploaded files and photos, screen captures and annotations, audio and video recordings with timecodes.

*See e.g.,* https://www.cloudvisit.com/about-remote-maintenance/how-mro-software-works/.



**2b   Inspection video recording: video feeds**



The inspector selects the desired video feed to record in the active video window.

Remote inspection sessions are recorded in real time to a secure cloud-based media server and automatically stored for as long as required by your business.

*See e.g.,* https://www.cloudvisit.com/about-remote-maintenance/how-mro-software-works/.



**2c    Inspection video recording: Continuous capture**

A remote inspector uses pause and stop & save functions to record the inspection data.

Adding timestamps during a recording function as video bookmarks in playback to expedite internal and external auditing.

*See e.g.,* https://www.cloudvisit.com/about-remote-maintenance/how-mro-software-works/.

CloudVisit's platform transforms how organizations communicate and work, creating opportunities that were not possible before. This video communication and collaboration platform connects people through flawless high-definition video, voice, chat and digital content sharing, and enables real-time face-to-face video experiences across a range of diverse devices and remote locations.

*See e.g.,* https://www.cloudvisit.com/about-remote-maintenance/maintenance-mro-software/.

**Maximize efficiency and quality control in safety inspections**

**CloudVisit Remote Inspection** software enhances the process of several types of commercial or consumer inspections with efficient project management tools. The software combines real time video communication technology with industry-specific functionalities:

- Robust appointment creation features
- Paperless digital checklists
- Screen capture and image annotation
- Video recording and timestamps
- Cloud-based visual data collection and storage
- Inspection report generation
- And more

*See e.g.,* https://www.cloudvisit.com/about-remote-maintenance/maintenance-mro-software/.



*See e.g.,* https://www.cloudvisit.com/about-remote-maintenance/mro-software-system-overview/.

153.    On information and belief, one or more components of the CloudVisit System employs and provides a method for network-based recording and delivery of digital audio and digital video material comprising recording, over a packet-based network connection, (*e.g.,* the Internet) at a host back end, digital audio and digital video material that originates from a user front end without using any recording software installed on the user front end.

 

**2   Join and conduct a remote inspection**

During a live remote video inspection, the remote engineer or inspector uses a computer with internet access, while an on-site crew member or technician uses a mobile app on an iOS or Android device with a broadband or WiFi connection.

Inspector (host):
- Creates and starts session
- Loads checklist
- Grabs timecodes and status values
- Captures recordings and screenshots

Participant (crew, technician, or guest):
- Launches mobile app
- Joins session
- Demonstrates completed work scope
- Interacts with host through audio and video

*See e.g.,* https://www.cloudvisit.com/about-remote-maintenance/how-mro-software-works/.

**CloudVisit Custom** offers website creation, and CloudVisit Application Program Interface (API) integration. You will work closely with our passionate and talented team to determine the appropriate protocol, interface and hosting option which meet your needs and budget.

When you purchase a CloudVisit Custom project, a custom URL is created, along with customized mobile apps and branded portal login. Our graphic and web design experts can also customize a website specific to your company's unique branding and facility needs to bring all the detailed planning to fruition.

*See e.g.,* https://www.cloudvisit.com/maintenance-software/mro-custom-software-solutions/.

154. On information and belief, one or more components of the CloudVisit System employs and provides a method for network-based recording and delivery of digital audio and digital video material wherein the recording is accomplished using only executable code delivered to the user front end from the host back end and a recording device on the user front end.



 **Join and conduct a remote inspection**

During a live remote video inspection, the remote engineer or inspector uses a computer with internet access, while an on-site crew member or technician uses a mobile app on an iOS or Android device with a broadband or WiFi connection.

**Inspector (host):**
- Creates and starts session
- Loads checklist
- Grabs timecodes and status values
- Captures recordings and screenshots

**Participant (crew, technician, or guest):**
- Launches mobile app
- Joins session
- Demonstrates completed work scope
- Interacts with host through audio and video

*See e.g.,* https://www.cloudvisit.com/about-remote-maintenance/how-mro-software-works/.

**CloudVisit application uses video conference technology as one part of an overall remote inspection solution, including:**

**Enhanced recording and playback**

By grabbing time codes during a session's recording or playback, users can jump to specific locations in the playback view by clicking on the timecode link.

*See e.g.,* https://www.cloudvisit.com/wp-content/uploads/2021/04/CloudVisit-overview-LS-2021.pdf.



*See e.g.,* https://www.cloudvisit.com/wp-content/uploads/2021/04/CloudVisit-overview-LS-2021.pdf.

## CloudVisit software system requirements

CloudVisit Remote Inspection and MRO Software works on both mobile and desktop devices. Mobile device users require an app downloaded from the Play Store on Android devices or App Store for iOS devices. Our remote inspection software is easy to use and cost effective.

Desktop users can conduct sessions directly through their Chrome, Edge or Firefox browser. There is no need to install CloudVisit on a desktop computer, and hardware requirements are minimal for CloudVisit to run. All you need is a multi-media computer with a high-speed internet connection, a webcam, microphone, and headphones or speakers to conduct a site inspection.

*See e.g.,* https://www.cloudvisit.com/about-remote-maintenance/mro-software-system-requirements/.



**2b   Inspection video recording: video feeds**

The inspector selects the desired video feed to record in the active video window.

Remote inspection sessions are recorded in real time to a secure cloud-based media server and automatically stored for as long as required by your business.

*See e.g.,* https://www.cloudvisit.com/about-remote-maintenance/how-mro-software-works/.



*See e.g.,* https://www.cloudvisit.com/about-remote-maintenance/mro-software-system-overview/.

## CloudVisit software system requirements

CloudVisit Remote Inspection and MRO Software works on both mobile and desktop devices. Mobile device users require an app downloaded from the Play Store on Android devices or App Store for iOS devices. Our remote inspection software is easy to use and cost effective.

Desktop users can conduct sessions directly through their Chrome, Edge or Firefox browser. There is no need to install CloudVisit on a desktop computer, and hardware requirements are minimal for CloudVisit to run. All you need is a multi-media computer with a high-speed internet connection, a webcam, microphone, and headphones or speakers to conduct a site inspection.

*See e.g.,* https://www.cloudvisit.com/about-remote-maintenance/mro-software-system-requirements/.

155.    On information and belief, one or more components of the CloudVisit System employs and provides a method for network-based recording and delivery of digital audio and digital video material comprising storing the recorded digital audio and digital video material at the host back end.



**Server-level security in place:**

- CloudVisit's system and user files are hosted and connected to an enterprise network, which produces the best quality of service.
- CloudVisit is routinely penetration tested for security vulnerabilities, using the latest versions of leading security testing software.
- CloudVisit's software features a secure architecture complete with a relational database service (RDS). The RDS stores data independently from system files to prevent a data breach.
- All communication through CloudVisit's software is encrypted using a secure socket layer (SSL) and secure high algorithms, specifically secure hash algorithm (SHA-256), ensuring optimal data protection both in transit and at rest.

*See e.g.,* https://www.cloudvisit.com/about-remote-maintenance/inspection-software-security-features/.



| FILE MANAGEMENT | CloudVisit |
|---|---|
| True file folder dedicated to session | ✓ |
| Bulk downloads from folder | ✓ |
| Bulk uploads Into folder | ✓ |
| Can restrict access to folder for suppliers and customers | ✓ |
| Changelog | ✓ |

*See e.g.,* https://www.cloudvisit.com/about-remote-maintenance/mro-software-system-overview/.



*See e.g.,* https://www.cloudvisit.com/about-remote-maintenance/mro-software-system-overview/.

**CloudVisit Custom** offers website creation, and CloudVisit Application Program Interface (API) integration. You will work closely with our passionate and talented team to determine the appropriate protocol, interface and hosting option which meet your needs and budget.

When you purchase a CloudVisit Custom project, a custom URL is created, along with customized mobile apps and branded portal login. Our graphic and web design experts can also customize a website specific to your company's unique branding and facility needs to bring all the detailed planning to fruition.

*See e.g.,* https://www.cloudvisit.com/maintenance-software/mro-custom-software-solutions/.

156.    On information and belief, one or more components of the CloudVisit System employs and provides a method for network-based recording and delivery of digital audio and digital video material comprising generating code associated with the stored digital audio and digital video material to facilitate accessing the stored digital audio and digital video material.

**CloudVisit application uses video conference technology as one part of an overall remote inspection solution, including:**

**Enhanced recording and playback** | By grabbing time codes during a session's recording or playback, users can jump to specific locations in the playback view by clicking on the timecode link.

*See e.g.,* https://www.cloudvisit.com/wp-content/uploads/2021/04/CloudVisit-overview-LS-2021.pdf.



*See e.g.,* https://www.cloudvisit.com/about-remote-maintenance/how-mro-software-works/.



*See e.g.,* https://www.cloudvisit.com/about-remote-maintenance/mro-software-system-overview/.

157.    On information and belief, one or more components of the CloudVisit System employs and provides a method for network-based recording and delivery of digital audio and digital video material comprising enabling the generated code to be activated at an additional location.



*See e.g.,* https://www.cloudvisit.com/wp-content/uploads/2021/04/CloudVisit-overview-LS-2021.pdf.

*See e.g.,* https://www.cloudvisit.com/about-remote-maintenance/how-mro-software-works/.



*See e.g.,* https://www.cloudvisit.com/about-remote-maintenance/mro-software-system-overview/.

158.    On information and belief, one or more components of the CloudVisit System employs and provides a method for network-based recording and delivery of digital audio and digital video material wherein activating the generated code provides access to the stored digital audio and digital video material.

**CloudVisit application uses video conference technology as one part of an overall remote inspection solution, including:**

**Enhanced recording and playback**        By grabbing time codes during a session's recording or playback, users can jump to specific locations in the playback view by clicking on the timecode link.

*See e.g.,* https://www.cloudvisit.com/wp-content/uploads/2021/04/CloudVisit-
overview-LS-2021.pdf.



*See e.g.,* https://www.cloudvisit.com/about-remote-maintenance/how-mro-software-
works/.



*See e.g.,* https://www.cloudvisit.com/about-remote-maintenance/mro-software-system-overview/.

159.    On information and belief, CloudVisit directly infringes at least claims 1, 10, and 21 of the '833 patent, and is in violation of 35 U.S.C. § 271(a) by making, using, selling, importing, and/or offering to sell the CloudVisit Video Products and services; and making, using, selling, selling access to, importing, offering for sale, and/or offering to sell access to the CloudVisit System.

160.    CloudVisit's direct infringement has damaged Onstream and caused it to suffer and continue to suffer irreparable harm and damages.

## JURY DEMANDED

161.    Pursuant to Federal Rule of Civil Procedure 38(b), Onstream hereby requests a trial by jury on all issues so triable.

## PRAYER FOR RELIEF

Onstream respectfully requests this Court to enter judgment in Onstream's favor and against CloudVisit as follows:

a.   finding that CloudVisit has infringed one or more claims of the '068 patent under 35 U.S.C. §§ 271(a);

b.   finding that CloudVisit has infringed one or more claims of the '728 patent under 35 U.S.C. §§ 271(a);

c.   finding that CloudVisit has infringed one or more claims of the '930 patent under 35 U.S.C. §§ 271(a);

d.   finding that CloudVisit has infringed one or more claims of the '648 patent under 35 U.S.C. §§ 271(a);

e.   finding that CloudVisit has infringed one or more claims of the '109 patent under 35 U.S.C. §§ 271(a);

f.   finding that CloudVisit has infringed one or more claims of the '142 patent under 35 U.S.C. §§ 271(a);

g.   finding that CloudVisit has infringed one or more claims of the '707 patent under 35 U.S.C. §§ 271(a);

h.   finding that CloudVisit has infringed one or more claims of the '855 patent under 35 U.S.C. §§ 271(a);

i.  finding that CloudVisit has infringed one or more claims of the '833 patent under 35 U.S.C. §§ 271(a);

j.  awarding Onstream damages under 35 U.S.C. § 284, or otherwise permitted by law, including supplemental damages for any continued post-verdict infringement;

k.  awarding Onstream pre-judgment and post-judgment interest on the damages award and costs;

l.  awarding cost of this action (including all disbursements) and attorney fees pursuant to 35 U.S.C. § 285, or as otherwise permitted by the law; and

m. awarding such other costs and further relief that the Court determines to be just and equitable.

Dated: December 12, 2022                    Respectfully submitted,


                                            */s/ Ronald M. Daignault*
                                            Ronald M. Daignault (NY Bar No. 2476372)*
                                            Chandran B. Iyer (NY Bar No. 4152658)
                                            Oded Burger (NY Bar No. 4910808)*
                                            DAIGNAULT IYER LLP
                                            8618 Westwood Center Drive
                                            Suite 150
                                            Vienna, VA 22182
                                            rdaignault@daignaultiyer.com
                                            cbiyer@daignualtiyer.com
                                            oburger@ daignaultiyer.com

                                            *Not admitted to practice in Virginia*

                                            Attorneys for *Onstream Media Corporation*